David L. Fiol [SBN 203546]
Email: dfiol@bfnlaw.com
Brent, Fiol & Pratt LLP
One Embarcadero Center, Suite 2860
San Francisco, California 94111
Telephone: (415) 259-4420
Facsimile: (415) 373-4420
*Attorneys for Plaintiffs*




UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Mohammed Youssouf ABDALLAH, surviving brother of Bacar ABDALLAH, deceased;
Touma MADY, surviving mother of Bacar ABDALLAH, deceased;
Ali ABDOU, surviving brother of Bacar ABDALLAH, deceased;
Nadia ABDALLAH, surviving sister of Bacar ABDALLAH, deceased;
Nayira ALI, surviving niece of Bacar ABDALLAH, deceased;
Nasri Mohamed ABDALLAH, surviving nephew of Bacar ABDALLAH, deceased;

Zaïnaba IBRAHIM, surviving domestic-partner of Mlamali ABDOUL'ENZIZ, deceased and Guardian for Anziz ABDOUL'ENZIZ and Anziz-Yazid ABDOUL'ENZIZ, minors, surviving sons of Mlamali ABDOUL'ENZIZ, deceased;
Mkaya MOENDZAMOGNE, surviving sister of Mlamali ABDOUL'ENZIZ, deceased;
Toilanti L'ENZIZI, surviving half-sister of Mlamali ABDOUL'ENZIZ, deceased;
Mohamed L'ENZIZI, surviving of half-brother of Mlamali ABDOUL'ENZIZ, deceased;
Hadidja L'ENZIZI, surviving half-sister of Mlamali ABDOUL'ENZIZ, deceased;
Ramadhoine L'ENZIZI, surviving half-brother of Mlamali ABDOUL'ENZIZ, deceased; Ntsoholé L'ENZIZI, surviving half-sister of Mlamali ABDOUL'ENZIZ, deceased;
Djoumoi L'ENZIZI, surviving half-brother of Mlamali ABDOUL'ENZIZ, deceased;
Abbas ABDALLAH, surviving uncle of Mlamali ABDOUL'ENZIZ, deceased;
Hamza ISSA NOFOUMO, surviving stepson of Mlamali ABDOUL'ENZIZ, deceased;

CASE NO.
CV14-6769 PA-SHx

COMPLAINT FOR WRONGFUL DEATH DAMAGES

JURY DEMAND APPENDED

Inoussa ISSA NOFOUMO, surviving stepson of Mlamali ABDOUL'ENZIZ, deceased;
Youssouf BAKARI, surviving nephew of Mlamali ABDOUL'ENZIZ, deceased;
Fatima AHAMADA, surviving niece of Mlamali ABDOUL'ENZIZ, deceased;

Anichati Abdou, legally appointed guardian of Houlaid HAMADA, Houssaine AHAMADA, and Houzaïne HAMADA, surviving sons of Hassani AHAMADA, deceased;
Mroivili AMINA, surviving mother of Hassani AHAMADA, deceased;
Hamada MARIAMA, surviving sister of Hassani AHAMADA, deceased;
Abdallah FATIMA, surviving niece of Hassani AHAMADA, deceased;
Abdallah SANDIA, surviving niece of Hassani AHAMADA, deceased;
Nouria ABDALLAH, surviving niece of Hassani AHAMADA, deceased;
Ahamada ALI, surviving brother of Hassani AHAMADA, deceased;
Ahamada Andhum ALI, surviving nephew of Hassani AHAMADA, deceased;
Abtoihi ALI AHAMADA, deceased, surviving nephew of Hassani AHAMADA, deceased; Aichat ALI, surviving niece of Hassani AHAMADA, deceased,
Hakim ALI AHAMADA, surviving nephew of Hassani AHAMADA, deceased;
Fatima HAMADA, surviving half-sister of Hassani AHAMADA, deceased;
Fatima ABDOU, surviving sister-in-law of Hassani AHAMADA, deceased;
Ahamada RAHAMATA, surviving sister-in-law of Hassani AHAMADA, deceased;

Azdi AHAMADA, surviving husband of Bichara HASSANI, deceased, and surviving father of Yacoub AHAMADA, deceased, of Youssef AHAMADA, deceased, of Laïla AHAMADA, deceased, and Guardian for Ayad DAOUD, a minor, surviving stepson of Bichara HASSANI, deceased, and surviving half-brother of Yacoub AHAMADA, deceased, of Youssef AHAMADA, deceased, and of Laïla AHAMADA, deceased;
Mariyama ADAME, surviving mother of Bichara HASSANI, deceased, and surviving grandmother of Yacoub AHAMADA, deceased, of Youssef AHAMADA, deceased, and of Laïla AHAMADA, deceased;
Marie HASSANI, surviving half-sister of Bichara HASSANI, deceased, and surviving aunt of Yacoub

AHAMADA, deceased, of Youssef AHAMADA, deceased, and of Laïla AHAMADA, deceased;
Mohamed HASSANI, surviving brother of Bichara HASSANI, deceased, and surviving uncle of Yacoub AHAMADA, deceased, Youssef AHAMADA, deceased, and Laïla AHAMADA, deceased;
Bahati HASSANI, surviving sister of Bichara HASSANI, deceased, and surviving aunt of Yacoub AHAMADA, deceased, Youssef AHAMADA, deceased, and Laïla AHAMADA, deceased;
Chanfi ZENABA HASSANI surviving sister of Bichara HASSANI, deceased, and surviving aunt of Yacoub AHAMADA, deceased, Youssef AHAMADA, deceased, and Laïla AHAMADA, deceased;
Nassim ASSOUMANI, surviving nephew of Bichara HASSANI, deceased.
Naïm ALI, surviving nephew of Bichara HASSANI, deceased,

Ahamada ISMAEL, surviving husband of Hadidja ALI, deceased;
Mariana MOUSSA surviving mother of Hadidja ALI, deceased, and guardian for Ibrahim ABDOU, Abdou ABDOU EL ANZIZ and Ali ABDOU, minors, surviving half-brothers of Hadidja ALI, deceased;
Hassani ALI, surviving father of Hadidja ALI, deceased, and Guardian for Nafida ALI, a minor, surviving half-siter of Hadidja ALI, and for Rafiki ALI, a minor, surviving half-brother of Hadidja ALI, deceased;
M'ssa FAHAMOE, surviving grandmother of Hadidja ALI, deceased;
Saïd ALI, surviving brother of Hadidja ALI, deceased;
Sayati ALI, surviving niece of Hadidja ALI, deceased;
Ibrahim ALI, surviving brother of Hadidja ALI, deceased;
Chaïma COLLONGE-ALI, surviving niece of Hadidja ALI, deceased;
Mariata MMADI, surviving half-sister of Hadidja ALI, deceased, and guardian for Zarianti SALIM, surviving niece of Hadidja ALI, deceased, and Dhoimir YOUSSOUF, surviving nephew of Hadidja ALI, deceased;
Ahmed HASSANI, surviving half-brother of Hadidja ALI, deceased;
Achata MMADI, surviving of half-sister of Hadidja ALI, deceased;
Adami ALI, surviving half-brother of Hadidja ALI, deceased;
Mariama ALI, surviving half-sister of Hadidja ALI,

deceased;
Rabouanti OUSSEINI, surviving half-sister of Hadidja ALI, deceased;
Zahara ALI, surviving half-sister of Hadidja ALI, deceased;
Dhahara OUSSEINI, surviving half-sister of Hadidja ALI, deceased;
Abassi ALI, surviving half-brother of Hadidja ALI, deceased;
Bacar ALI, surviving half-brother of Hadidja ALI, deceased;
Adel ASSANI, surviving half-brother of Hadidja ALI, deceased;
Ibrahim ABDOU, surviving half-brother of Hadidja ALI, deceased;
Ousseine ALI, surviving uncle of Hadidja ALI, deceased;
Fatoumia ALI, surviving aunt of Hadidja ALI, deceased;
Assoumani ALI, surviving uncle of Hadidja ALI, deceased;
Youssouf ALI, surviving uncle of Hadidja ALI, deceased;
Ali Mansssoibou SAID, surviving uncle of Hadidja ALI, deceased;
Ahmed ALI, surviving uncle of Hadidja ALI, deceased;
Mouigni ABDALLAH, surviving uncle of Hadidja ALI, deceased;

Ibrahima KASSIMOU, surviving spouse of Mrahati ALI, deceased; Guardian for Assiadati KASSIMOU, a minor, surviving daughter of Mrahati ALI, deceased;
Soibirata KASSIMOU, surviving daughter of Mrahati ALI, deceased;
Loutfi KASSIMOU, surviving son of Mrahati ALI, deceased;
Samiati KASSIMOU, surviving daughter of Mrahati ALI, deceased;
Mhoumadi ALI BAMBA, surviving brother of Mrahati ALI, deceased;
Saïd ECHATA, surviving half-sister of Mrahati ALI, deceased, and guardian for Halima BACAR, Fatima BACAR and Moucharraf BACAR, minors, surviving nieces of Mrahati ALI, deceased, and for Anrifi BACAR, a minor, surviving nephew of Mrahati ALI, deceased;
Hassanati Assoumani BACAR, surviving nephew of Mrahati ALI, deceased;
Maoulida BACAR, surviving nephew of Mrahati ALI, deceased;
Moussa Saïd ASSOUMANI, surviving half-brother

of Mrahati ALI, deceased;
Youssouf ALI BAMBA, surviving brother of Mrahati ALI, deceased;
Hadji KASSIM, surviving uncle of Mrahati ALI, deceased;

Salima ALI MHOMA, surviving half-sister of Abida ALI MHOMA, deceased, and surviving aunt of Amir M'SA, deceased, and Rania M'SA, deceased;
Facra ALI, surviving nephew of Abida ALI MHOMA, deceased;
Fatoumia ALI MHOMA, surviving half-sister of Abida ALI MHOMA, deceased, and surviving aunt of Amir M'SA, deceased, and Rania M'SA, deceased;
Noumane MFOUNGOULIE ALI, surviving nephew of Abida ALI MHOMA, deceased;
Nilda ALI, surviving niece of Abida ALI MHOMA, deceased;
Nabhane MFOUNGOULIE ALI, surviving nephew of Abida ALI MHOMA, deceased;
Naïda MFOUNGOULIE ALI, surviving niece of Abida ALI MHOMA, deceased;
Naïlane MFOUNGOULIE ALI, surviving niece of Abida ALI MHOMA, deceased;
Nassuf ALI MHOMA, surviving brother of Abida ALI MHOMA, deceased, and surviving uncle of Amir M'SA, deceased, and Rania M'SA, deceased;
Said ALI MHOMA, surviving brother of Abida ALI MHOMA, deceased, and surviving uncle of Amir M'SA, deceased, and Rania M'SA, deceased;
Nouria ALI MHOMA, surviving sister of Abida ALI MHOMA, deceased, and surviving aunt of Amir M'SA, deceased, and Rania M'SA, deceased;
Anrifa ALI MHOMA, surviving sister of Abida ALI MHOMA, deceased, and surviving aunt of Amir M'SA, deceased, and Rania M'SA, deceased;
Izdine ALI MHOMA, surviving brother of Abida ALI MHOMA, deceased, and surviving uncle of Amir M'AS, deceased, and Rania M'AS, deceased;
Toihir ALI MHOMA, surviving brother of Abida ALI MHOMA, deceased, and surviving uncle of Amir M'SA, deceased, and Rania M'SA, deceased;
Ahamada ISSIMAILA, surviving uncle of Abida ALI MHOMA, deceased;
Dhoihara SAID, surviving aunt of Abida ALI MHOMA, deceased;
Moiroumoidrou MOHAMED AHAMADA, surviving uncle of Abida ALI MHOMA, deceased;
Fatima SAID MMADI, surviving aunt of Abida ALI MHOMA, deceased;
Arafa SAID MMADI, surviving aunt of Abida ALI MHOMA, deceased;
Hissani SAID MMADI, surviving aunt of Abida ALI

MHOMA, deceased;
Said Mmadi MOUSSA, surviving aunt of Abida ALI MHOMA, deceased;

Baraka HASSANI surviving domestic partner of Brinod BEURARD, deceased; and Guardian for Chaïma BEURARD, a minor, surviving daughter of Brinod BEURARD, deceased, for Bachard BEURARD, a minor, surviving son of Brinod BEURARD, deceased, and for Nadjma BEURARD, a minor, surviving daughter of Brinod BEURARD, deceased;
Bacard BEURARD, surviving son of Brinod BEURARD, deceased;
Amina ASANY surviving sister-in-law of Brinod BEURARD, deceased, and Guardian for both Zaoudjati BEURARD and Hadidja BEURARD, minors, surviving daughters of Brinod BEURARD, deceased;
Bichard BEURARD, surviving daughter of Brinod BEURARD, deceased;
Haïrati BEURARD, surviving daughter of Brinod BEURARD, deceased;
Hafoussoi BEURARD, surviving daughter of Brinod BEURARD, deceased;
Maria YOUSSOUFA surviving former domestic partner of Brinod BEURARD, deceased; and Guardian for both Loubna BEURARD and Rouwaïda BEURARD, minors, surviving daughters of Brinod BEURARD, deceased;
Ali Hadji HASSANI, surviving brother-in-law of Brinod BEURARD, deceased, and guardian for Zaoudja BEURARD, a minor, surviving daughter of Brinod BEURARD, deceased;

Moinsufa ALI ISMAILA, surviving domestic partner of Adam DAROUECHI, deceased, and Guardian for Moudjib DAROUECHI, a minor, surviving son of Adam DAROUECHI, deceased; Boina FATIMA, surviving mother of Adam DAROUECHI, deceased;
Simaila DHOURIA, surviving grandmother of Adam DAROUECHI, deceased;
Mohamed AHAMADA, surviving brother of Adam DAROUECHI, deceased;
Roukia AHAMADA, surviving sister of Adam DAROUECHI, deceased;
Aboubacar DAROUECHE, surviving brother of Adam DAROUECHI, deceased;
Taoufik ABOUBACAR, surviving nephew of Adam DAROUECHI, deceased;
Issa AHAMADA, surviving brother of Adam DAROUECHI, deceased, and Guardian for Fahadad AHAMADA, Souanti AHAMADA and Houdnati HAMADA, minors, surviving nieces of Adam

DAROUECHI, deceased;
Mariama ALI ISMAILA, surviving sister of Adam DAROUECHI, deceased, and Guardian for Chamira-Zara ALI ISMAILA, a minor, surviving niece of Adam DAROUECHI, deceased, and for Chadadna ALI ISMAILA, Al-Moubajal ALI ISMAILA and Mehrane AHAMADA ALI RAFIOU, a minor, surviving nephews of Adam DAROUECHI, deceased;
Hadidja AHAMADA DAROUECHI, surviving sister of Adam DAROUECHI, deceased, and Guardian for Irfane ALIAZIRI DAROUECHI, a minor, surviving nephew of Adam DAROUECHI, deceased;
Mariama AHAMADA DAROUECHI, surviving sister of Adam DAROUECHI, deceased, and Guardian for Kailane YOUSSOUFA, a minor, surviving nephew of Adam DAROUECHI, deceased, and for Tasnim AHAMADA DAROUECHI, a minor, surviving niece of Adam DAROUECHI, deceased;
Daroueche AHAMADA, surviving brother of Adam DAROUECHI, deceased, and Guardian for Abdallah DAROUECHE, a minor, surviving nephew of Adam DAROUECHI, deceased; Moinamina AHMED CHISSI, surviving sister of Adam DAROUECHI, deceased;
Hadidja AHAMADA DAROUECHI, surviving sister of Adam DAROUECHI, deceased; Mohamed Djouneidi AHAMADA, surviving half-brother of Adam DAROUECHI, deceased; Arfadjata AHAMADA, surviving sister of Adam DAROUECHI, deceased;
Boina YOUSSOUF, surviving uncle of Adam DAROUECHI, deceased;
Mariama BOINA, surviving aunt of Adam DAROUECHI, deceased;
Bointamou MOUSSA, surviving uncle of Adam DAROUECHI, deceased;
Abdallah BOINA, surviving uncle of Adam DAROUECHI, deceased;
Said MOHAMED, surviving cousin of Adam DAROUECHI, deceased;

Allaouia SAID MOHAMED, surviving sister of Anziza DJAE, deceased, and surviving aunt of Samiat DJAE, deceased, of Mountassouim DJAE, deceased, and of Djuraïdj DJAE, deceased;
Sania BOINA, surviving sister of Anziza DJAE, deceased, and surviving aunt of Samiat DJAE, deceased, of Mountassouim DJAE, deceased, and of Djuraïdj DJAE, deceased;
Moussa Mhoudini BOINA BOINA, surviving brother of Anziza DJAE, deceased, and surviving uncle of Samiat DJAE, deceased, of Mountassouim

DJAE, deceased, and of Djuraïdj DJAE, deceased;
Sitti BOINA, surviving sister of Anziza DJAE, deceased, and surviving aunt of Samiat DJAE, deceased, of Mountassouim DJAE, deceased, and of Djuraïdj DJAE, deceased;
Abdremane BOINA BOINA, surviving brother of Anziza DJAE, deceased, and surviving uncle of Samiat DJAE, deceased, of Mountassouim DJAE, deceased, and of Djuraïdj DJAE, deceased;

Mansour DJAMBAE, surviving son of Hamidou DJAMBAE, deceased, and Guardian for Ida ATTOUMANI, a minor, surviving granddaughter of Hamidou DJAMBAE, deceased;
Eddy ATTOUMANI, surviving grandson of Hamidou DJAMBAE, deceased;
Zaharia DJAMBAE, surviving daughter of Hamidou DJAMBAE, deceased;
Ali DJAMBAE, surviving son of Hamidou DJAMBAE, deceased, and Guardian for Mihidjay DJAMBAE HAMIDOU, a minor, surviving grandson of Hamidou DJAMBAE, deceased;
Said DJAMBAE HAMIDOU, surviving son of Hamidou DJAMBAE, deceased;
Afoussa DJAMBAE HAMIDOU, surviving daughter of Hamidou DJAMBAE, deceased, and Guardian for both Mirhane Madjid BACHIROU and Madjid Anzelene NDRAMISOLO, minors, surviving grandsons of Hamidou DJAMBAE, deceased;
Madi HAMIDOU, surviving brother of Hamidou DJAMBAE, deceased;
Aboudou HAMIDOU CHIOUMBE, surviving brother of Hamidou DJAMBAE, deceased; Fatima HAMIDOU, surviving sister of Hamidou DJAMBAE, deceased;
Said ASSOUMANI, surviving nephew of Hamidou DJAMBAE, deceased;
Zainaba ASSOUMANI, surviving niece of Hamidou DJAMBAE, deceased;
Hassani ASSOUMANI, surviving nephew of Hamidou DJAMBAE, deceased;
Assoumani ALI, surviving nephew of Hamidou DJAMBAE, deceased;
Ali RIAMA, surviving half-sister of Hamidou DJAMBAE, deceased;

Mariama SOULE, surviving spouse of Ali HAMIDOU, deceased;

Hassani ASSOUMANI, surviving husband of Salima HASSANI ASSOUMANI, deceased;
Marie OUMAR, surviving daughter of Salima HASSANI ASSOUMANI, deceased, and surviving sister of Youssouf MHOUMADI IBRAHIM,

deceased, and Guardian for both Nakyssa MOHAMED ABDOU and Inaya M'ZE, minors, surviving granddaughters of Salima HASSANI ASSOUMANI, deceased, and surviving nieces of Youssouf MHOUMADI IBRAHIM, deceased;
Anastasia M'ZE, surviving granddaughter of Salima HASSANI ASSOUMANI, deceased; and surviving niece of Youssouf MHOUMADI IBRAHIM, deceased;
Swadry ALI, surviving grandson of Salima HASSANI ASSOUMANI, deceased, and surviving nephew of of Youssouf MHOUMADI IBRAHIM, deceased;
Fatima OUMAR, surviving daughter of Salima HASSANI ASSOUMANI, deceased, and surviving sister of Youssouf MHOUMADI IBRAHIM, deceased, and Guardian for Soulayman RIBIER, a minor, surviving grandson of Salima HASSANI ASSOUMANI, deceased, and surviving nephew of Youssouf MHOUMADI IBRAHIM, deceased;
Fardanouar OUMAR, surviving grandson of Salima HASSANI ASSOUMANI, deceased, and surviving nephew of Youssouf MHOUMADI IBRAHIM, deceased;
Assila AHAMADA, surviving sister of Salima HASSANI ASSOUMANI, deceased; and surviving aunt of Youssouf MHOUMADI IBRAHIM, deceased;
Youssouf AHAMADA surviving brother of Salima HASSANI ASSOUMANI, deceased; and surviving uncle of Youssouf MHOUMADI IBRAHIM, deceased;
Rabouant YOUSSOUF AHAMADA surviving niece of Salima HASSANI ASSOUMANI, deceased;

Said HALIFA surviving son of Mariama IBOUROI MOHAMED, deceased, and Guardian for both Noura HALIFA and Nadhuma HALIFA, minors, surviving granddaughters of Mariama IBOUROI MOHAMED, deceased, and for Nourdine HALIFA, a minor, surviving grandson of Mariama IBOUROI MOHAMED, deceased;
Mayssara SAID ABDALLAH, surviving daughter of Mariama IBOUROI MOHAMED, deceased, and Guardian for Fakri SAID, a minor, surviving grandson of Mariama IBOUROI MOHAMED, deceased;
Mina SAID ALI surviving granddaughter of Mariama IBOUROI MOHAMED, deceased;
Abdouroihamane M'MADI BOINA, surviving grandson of Mariama IBOUROI MOHAMED, deceased;
Toihir HALIFA, surviving grandson of Mariama IBOUROI MOHAMED, deceased;

Fahimat HALIFA, surviving granddaughter of Mariama IBOUROI MOHAMED, deceased;
Samir HALIFA, surviving grandson of Mariama IBOUROI MOHAMED, deceased;
Abdallah HALIFA, surviving grandson of Mariama IBOUROI MOHAMED, deceased, and Guardian for Alya ALIFA, a minor, surviving great-granddaughter of Mariama IBOUROI MOHAMED, deceased;
Mouznat HALIFA, surviving granddaughter of Mariama IBOUROI MOHAMED, deceased;
Housnat HALIFA, surviving granddaughter of Mariama IBOUROI MOHAMED, deceased;
Famida HALIFA, surviving granddaughter of Mariama IBOUROI MOHAMED, deceased;
Hayiria HALIFA, surviving granddaughter of Mariama IBOUROI MOHAMED, deceased;
Chami SAID ALI, surviving grandson of Mariama IBOUROI MOHAMED, deceased;
Anrifa HALIFA, surviving daughter of Mariama IBOUROI MOHAMED, deceased, and Guardian for Ahamed SAFAOUI, a minor, surviving grandson of Mariama IBOUROI MOHAMED, deceased;
Toiyifani HALIFA, surviving grandson of Mariama IBOUROI MOHAMED, deceased;
Zainaba IBOUROI, surviving niece of Mariama IBOUROI MOHAMED, deceased;
Hadjira ALI DJAE, surviving niece of Mariama IBOUROI MOHAMED, deceased;
Mariama IBOUROI, surviving niece of Mariama IBOUROI MOHAMED, deceased;

Mohamed MLINDASSE, surviving father of Mlindassé IBRAHIMA MOHAMED, deceased;
Ahmed MOHAMED, surviving brother of Mlindassé IBRAHIMA MOHAMED, deceased, and Guardian for Oulfia AHAMED MOHAMED, a minor, surviving niece of Mlindassé IBRAHIMA MOHAMED, deceased;
Hachimia AHMED MOHAMED, surviving niece of Mlindassé IBRAHIMA MOHAMED, deceased;
Fatima MOHAMED, surviving sister of Mlindassé IBRAHIMA MOHAMED, deceased;
Ali ABOUBACAR, surviving brother of Mlindassé IBRAHIMA MOHAMED, deceased;
Fatoumia MOHAMED, surviving sister of Mlindassé IBRAHIMA MOHAMED, deceased;
Aminata MOHAMED, surviving sister of Mlindassé IBRAHIMA MOHAMED, deceased, and Guardian for Chaïmata AHMED, a minor, surviving niece of Mlindassé IBRAHIMA MOHAMED, deceased;
Mohamed ABDOULWAHAB, surviving cousin of Mlindassé IBRAHIMA MOHAMED, deceased;

Moindjie ALI, surviving father of Annie

IBRAHIMA, deceased, and surviving grandfather of Amine IBRAHIMA, deceased, and Guardian for Mohamed Moindjie ALI, a minor, surviving half-brother of Annie IBRAHIMA, deceased, and surviving uncle of Amine IBRAHIMA, deceased;
Nourdine Moindjie ALI, surviving half-brother of Annie IBRAHIMA, deceased, and surviving uncle of Amine IBRAHIMA, deceased;
Youssouf Moindjie ALI, surviving half-brother of Annie IBRAHIMA, deceased, and surviving uncle of Amine IBRAHIMA, deceased;
Ben Hassan ALI, surviving half-brother of Annie IBRAHIMA, deceased, and surviving uncle of Amine IBRAHIMA, deceased;

Moinaecha MMADI, surviving former domestic partner of Ahamada IZIDINE, deceased; and Guardian for Nazad MMADI, a minor, surviving son of Ahamada IZIDINE, deceased, and for Natacha HASSANI, a minor, surviving step daughter of Ahamada IZIDINE, deceased;
Camarade CHAHAHE, surviving brother of Ahamada IZIDINE, deceased;
Camaradi MOINOUROU, surviving niece of Ahamada IZIDINE, deceased;
Armia CAMARADE, surviving niece of Ahamada IZIDINE, deceased;
Hadidja CAMARADE, surviving niece of Ahamada IZIDINE, deceased;
Mmadi CHAHAHE, surviving brother of Ahamada IZIDINE, deceased;
Hassanati MMADI, surviving nephew of Ahamada IZIDINE, deceased;
Zalhata CHAHAHE, surviving sister of Ahamada IZIDINE, deceased;
Soifia MOHAMED, surviving niece of Ahamada IZIDINE, deceased;
Ali MOHAMED, surviving nephew of Ahamada IZIDINE, deceased;
Abdoulkarim MMADI, surviving nephew of Ahamada IZIDINE, deceased;
Anzid MMADI, surviving nephew of Ahamada IZIDINE, deceased;
Anziadi MMADI, surviving nephew of Ahamada IZIDINE, deceased;
Hamidou CHAHAHE, surviving brother of Ahamada IZIDINE, deceased;
Nafissa AHAMADA, surviving sister of Ahamada IZIDINE, deceased;
Amirdine HASSANI, surviving nephew of Ahamada IZIDINE, deceased;
Mhousseine HASSANI HAMAD, surviving nephew of Ahamada IZIDINE, deceased;
Thoueiba HASSANI, surviving niece of Ahamada

IZIDINE, deceased;
Ahamada Tabibou AHAMADA ALI, surviving brother of Ahamada IZIDINE, deceased;
Anrafa MADI, surviving religious spouse of Ahamada IZIDINE, deceased, and Guardian for Shayna IZIDINE, a minor, surviving daughter of Ahamada IZIDINE, deceased;

Moinaécha ALI, surviving mother of Sophie MAHAMOUD, deceased, and Guardian for Loutphia BOINAHASSANI, a minor, surviving half-sister of Sophie MAHAMOUD, deceased, and for Mahmoud BOINAHASSANI, for Absoirt Saïd Massor BOINAHASSANI and for Nizard Abdoul-Heiri Elbousry BOINAHASSANI, minors, surviving half-brothers of Sophie MAHAMOUD, deceased;
Hadia NASSOR, surviving grandmother of Sophie MAHAMOUD, deceased;
Karima MAHAMOUD, surviving sister of Sophie MAHAMOUD, deceased;

Kalathoumi MOUSSA, surviving former wife of Saïd MHOUMADI, deceased;
Dawia MHOUMADI, surviving daughter of Saïd MHOUMADI, deceased;
Hamza MHOUMADI, surviving son of Saïd MHOUMADI, deceased;
Mariama Mousna MHOUMADI, surviving daughter of Saïd MHOUMADI, deceased;
Zoulayka MHOUMADI, surviving daughter of Saïd MHOUMADI, deceased;
Mariama AHAMADA surviving former domestic partner of Saïd MHOUMADI, deceased, and Guardian for Yasmina MARIAMA AHAMADA, a minor, surviving daughter of Saïd MHOUMADI, deceased;
Hadidja AHAMADA, surviving mother of Saïd MHOUMADI, deceased;
Fatima AHAMADA, surviving half-sister of Saïd MHOUMADI, deceased;
Ali MHOUMADI, surviving brother of Saïd MHOUMADI, deceased;
Zainaba MHOUMADI, surviving sister of Saïd MHOUMADI, deceased;
Chakira MHOUMADI, surviving brother of Saïd MHOUMADI, deceased;
Fatima AHMED BEN, surviving sister of Saïd MHOUMADI, deceased;
Ramletou MHOUMADI, surviving sister of Saïd MHOUMADI, deceased;
Djaanfar MHOUMADI, surviving brother of Saïd MHOUMADI, deceased;
Omar MHOUMADI, surviving brother of Saïd MHOUMADI, deceased;

| | |
|---|---|
| Dahalani MHOUMADI, surviving brother of Saïd MHOUMADI, deceased;<br>Maoulida MHOUMADI, surviving son of Saïd MHOUMADI, deceased;<br>Elarif MHOUMADI, surviving son of Saïd MHOUMADI, deceased;<br>Safarie MHOUMADI, surviving daughter of Saïd MHOUMADI, deceased;<br>Halima M'HOUMADI, surviving daughter of Saïd MHOUMADI, deceased;<br>Youssouf M'HOUMADI, surviving son of Saïd MHOUMADI, deceased;<br>Abdallah M'HOUMADI, surviving son of Saïd MHOUMADI, deceased;<br>Hamza M'HOUMADI, surviving son of Saïd MHOUMADI, deceased;<br><br>Saïd M'LAMALI, surviving father of Samir M'LAMALI deceased;<br>Nassuria MMADI, surviving daughter of Ahamada MMADI MASSIMIA, deceased, and Zalhata MMADI, deceased, and surviving sister of Samir M'LAMALI, deceased;<br>Fatima YOUSSOUF, surviving sister of Zalhata MMADI, deceased, and surviving aunt of Samir M'LAMALI deceased, and Guardian for both Arsoiti MMADI and Asma MMADI, minors, surviving daughters of Ahamada MMADI MASSIMIA, deceased, and of Zalhata MMADI, deceased, and surviving sisters of Samir M'LAMALI, and Guardian for Nakida YOUSSOUF, a minor, surviving niece of Zalhata MMADI, deceased, and for both Naïm YOUSSOUF and for Riad YOUSSOUF, minors, surviving nephews of Zalhata MMADI, deceased;<br>Mlimi MMADI, surviving father of Zalhata MMADI, deceased, and surviving grandfather of Samir M'LAMALI deceased;<br>Mariama SAIDOU, surviving mother of Zalhata MMADI, deceased, and surviving grandmother of Samir M'LAMALI deceased;<br>Mmadi AMINA, surviving half-sister of Zalhata MMADI, deceased, and surviving aunt of Samir M'LAMALI deceased;<br>Nayida YOUSSOUF, surviving niece of Zalhata MMADI, deceased;<br>Naïm YOUSSOUF, surviving nephew of Zalhata MMADI, deceased;<br>Mmadi Mlimi MOUSSA, surviving brother of Zalhata MMADI, deceased, and surviving uncle of Samir M'LAMALI, deceased;<br>Anzilati ALI, surviving domestic partner of Ahamada MMADI MASSIMIA, deceased, and Guardian for El Amine ALI ANZILATI, a minor, | ) |

surviving son of Ahamada MMADI MASSIMIA, deceased;

Bossury Ali ABOUDOU, surviving domestic partner of Nassabiat MMADI, deceased;
Aliata ABOUDOU, surviving daughter of Nassabiat MMADI, deceased, and Guardian for both Jassim SAID and Raiyhan SAID, minors, surviving grandsons of Nassabiat MMADI, deceased; Asfata ABOUDOU surviving daughter of Nassabiat MMADI, deceased, and Guardian for Imane SAADI, a minor, surviving granddaughter of Nassabiat MMADI, deceased;
Asdjad ABOUDOU, surviving daughter of Nassabiat MMADI, deceased;
Azlat ABOUDOU, surviving daughter of Nassabiat MMADI, deceased;
Elansware ABOUDOU, surviving son of Nassabiat MMADI, deceased;
Hassani HALIMA, surviving aunt of Nassabiat MMADI, deceased;

Marie MMADI, surviving mother of Houssamdine MMADI, deceased, of Laila MMADI, deceased, and of Chahrazade MMADI, deceased;
Arbabidine MMADI, surviving brother of Houssamdine MMADI, deceased, of Laila MMADI, deceased, and of Chahrazade MMADI, deceased;
Alicia MMADI, surviving niece of Houssamdine MMADI, deceased, of Laila MMADI, deceased, and of Chahrazade MMADI, deceased;
Moinaecha MMADI IBOUROI, surviving half-sister of Houssamdine MMADI, deceased, of Laila MMADI, deceased, of Chahrazade MMADI, deceased and of Zhalata YOUSSOUF, deceased, and surviving aunt of both Ali MOGNI, deceased, and Roukia MOGNI, deceased;
Abdoul AMED, surviving nephew of Houssamdine MMADI, deceased, of Laila MMADI, deceased, of Chahrazade MMADI, deceased, and of Zhalata YOUSSOUF, deceased;
Hassani Farahati AHMED, surviving niece of Houssamdine MMADI, deceased, of Laila MMADI, deceased, of Chahrazade MMADI, deceased, and of Zhalata YOUSSOUF, deceased;
Razania AHMED HASSANI, surviving niece of Houssamdine MMADI, deceased, of Laila MMADI, deceased, of Chahrazade MMADI, deceased, and of Zhalata YOUSSOUF, deceased;
Hassani Ratua AHMED, surviving niece of Houssamdine MMADI, deceased, of Laila MMADI, deceased, of Chahrazade MMADI, deceased, and of Zhalata YOUSSOUF, deceased;
Amra MOUSTADRANI, surviving niece of

Houssamdine MMADI, deceased, of Laila MMADI, deceased, of Chahrazade MMADI, deceased, and of Zhalata YOUSSOUF, deceased;
Ramla MOUSTADRANI, surviving niece of Houssamdine MMADI, deceased, of Laila MMADI, deceased, of Chahrazade MMADI, deceased, and of Zhalata YOUSSOUF, deceased;
Mohamed AHAMADA, surviving husband of Laila MMADI, deceased;
Ali MOGNI M'ZE, surviving husband of Zalhata YOUSSOUF, deceased, and surviving father of both Ali MOGNI, deceased, and Roukia MOGNI, deceased;
Hadidja MOGNI, surviving daughter of Zalhata YOUSSOUF, deceased, and surviving sister of both Ali MOGNI, deceased, and Roukia MOGNI, deceased;
Ibrahim MOGNI, surviving son of Zalhata YOUSSOUF, deceased, and surviving brother of both Ali MOGNI, deceased, and Roukia MOGNI, deceased, and Guardian for Khalyssa MOGNI SAIDOU, a minor, surviving granddaughter of Zalhata YOUSSOUF, deceased, and surviving niece of both Ali MOGNI, deceased, and Roukia MOGNI, deceased;
Moinaecha MMADI, surviving mother of Zalhata YOUSSOUF, deceased, and surviving grandmother of both Ali MOGNI, deceased, and Roukia MOGNI, deceased;
Ahmed MOHAMED, surviving brother of Zalhata YOUSSOUF, deceased, and surviving uncle of both Ali MOGNI, deceased, and Roukia MOGNI, deceased;
Farida MADI-CORODJI, surviving sister-in-law of Zalhata YOUSSOUF, deceased, and surviving aunt of both Ali MOGNI, deceased, and Roukia MOGNI, deceased;
Marie YOUSSOUF, surviving sister of Zalhata YOUSSOUF, deceased, and surviving aunt of both Ali MOGNI, deceased, and Roukia MOGNI, deceased;
Anfia YOUSSOUF, surviving sister of Zalhata YOUSSOUF, deceased, and surviving aunt of both Ali MOGNI, deceased, and Roukia MOGNI, deceased;
Mariata YOUSSOUF, surviving sister of Zalhata YOUSSOUF, deceased, and surviving aunt of both Ali MOGNI, deceased, and Roukia MOGNI, deceased;
Miad-Dine SOULE, surviving nephew of Zalhata YOUSSOUF, deceased;
Nadhir-Dine SOULE, surviving nephew of Zalhata YOUSSOUF, deceased;
Naïnourou SOULE, surviving niece of Zalhata

YOUSSOUF, deceased;
Makin SOULE, surviving nephew of Zalhata YOUSSOUF, deceased;
Mohamed M'ZE ALI MOUIGNI, surviving half-brother of both Ali MOGNI, deceased, and Roukia MOGNI, deceased;
MOHAMED Said, surviving uncle of Zalhata YOUSSOUF, deceased;

Moinaecha BACAR, surviving of Abdou Saïd MOHAMED deceased; and Guardian for both Maria MOHAMED, a minor, surviving daughter of Abdou Saïd MOHAMED, deceased, and Elamine MOHAMED, a minor, surviving son of Abdou Saïd MOHAMED, deceased;
Oumie MOHAMED, surviving daughter of Abdou Saïd MOHAMED, deceased;
Houda MOHAMED, surviving son of Abdou Saïd MOHAMED, deceased;
Houdouria MOHAMED, surviving daughter of Abdou Saïd MOHAMED, deceased;
Ali Saïd MOHAMED, surviving brother of Abdou Saïd MOHAMED deceased, and Guardian for Fatima MOHAMED, a minor, surviving daughter of Abdou Saïd MOHAMED, deceased, for Alim MOHAMED, a minor, surviving son of Abdou Saïd MOHAMED, deceased, and for Haïria MOHAMED, Moin-Sandat MOHAMED, Salwa MOHAMED, Bahati MOHAMED and Baraka MOHAMED, minors, surviving nieces of Abdou Saïd MOHAMED, deceased, and for Farouk MOHAMED, Idjihadi MOHAMED, Walid MOHAMED and Abdou Said MOHAMED, minors, surviving nephews of Abdou Saïd MOHAMED, deceased;
Maoulida MOHAMED, surviving son of Abdou Saïd MOHAMED, deceased;
Dimachi MOHAMED, surviving son of Abdou Saïd MOHAMED, deceased;
Saïd MOHAMED, surviving father of Abdou Saïd MOHAMED, deceased;
Mariama Saïd MOHAMED, surviving sister of Abdou Saïd MOHAMED, deceased;
Amé SOULE, surviving nephew of Abdou Saïd MOHAMED, deceased;
Soeifou SOULE, surviving nephew of Abdou Saïd MOHAMED, deceased;
Oumrati SOULE, surviving niece of Abdou Saïd MOHAMED, deceased;
Houssamou SOULE, surviving nephew of Abdou Saïd MOHAMED, deceased;
Bertina SOULE, surviving niece of Abdou Saïd MOHAMED, deceased;
Boina MOHAMED, surviving nephew of Abdou

Saïd MOHAMED, deceased;
Amerdine MOHAMED, surviving nephew of Abdou Saïd MOHAMED, deceased;
Soeifoudine MOHAMED, surviving nephew of Abdou Saïd MOHAMED deceased;
Lidan MOHAMED, surviving nephew of Abdou Saïd MOHAMED, deceased;
Ibrahim MOHAMED, surviving nephew of Abdou Saïd MOHAMED, deceased;
Mugni Saïd MOHAMED, surviving brother of Abdou Saïd MOHAMED, deceased;
Youssouf Saïd MOHAMED, surviving brother of Abdou Saïd MOHAMED, deceased;
Moussa Saïd MOHAMED, surviving brother of Abdou Saïd MOHAMED, deceased;
Moumine Said MOHAMED, surviving brother of Abdou Saïd MOHAMED, deceased;
Roukia Saïd MOHAMED, surviving sister of Abdou Saïd MOHAMED, deceased;
Antua Saïd MOHAMED, surviving sister of Abdou Saïd MOHAMED, deceased;
Kassime SAIDOU MOHAMED, surviving bother Abdou Saïd MOHAMED, deceased;
Mohamed SAID MOHAMED, surviving brother of Abdou Saïd MOHAMED, deceased;
Djoumoi Saïd MOHAMED, surviving brother of Abdou Saïd MOHAMED, deceased;
Rachidi SOULAIMANA, surviving uncle of Abdou Saïd MOHAMED, deceased;

Ahmed Ali MOGNI, surviving domestic partner of Bichara MOHAMED, deceased;
Anrfata MOHAMED, surviving daughter of Bichara MOHAMED, deceased;
Youssouf MOHAMED, surviving son of Bichara MOHAMED, deceased;
Zaina MOHAMED, surviving daughter of Bichara MOHAMED, deceased;
Hadjira MOHAMED, surviving sister of Bichara MOHAMED, deceased;
Mariama MOHAMED, surviving sister of Bichara MOHAMED, deceased;

Zaharat SAID HACHIME, surviving sister of Ahmed Ali MOHAMED MFOIHAYA, deceased;

Hafoussoita SAID ALI, surviving wife of Hamadi SALIM, deceased, and Guardian of Litem for both Barilla SALIM and Zouwairia SALIM, minors, surviving daughters of Hamadi SALIM, deceased;
Saîlata SALIM, surviving daughter of Hamadi SALIM, deceased;

Soibrati SALIM, surviving daughter of Hamadi SALIM, deceased;
Hassani ABDOULHAMID, surviving stepson of Hamadi SALIM, deceased;
Fatuihia SALIM, surviving daughter of Hamadi SALIM, deceased;
Hachim SALIM, surviving son of Hamadi SALIM, deceased;
Amina SALIM, surviving daughter of Hamadi SALIM, deceased;
Saïd SALIM, surviving son of Hamadi SALIM, deceased;
Salim Marie FATIMA-SALIM, surviving sister of Hamadi SALIM, deceased;
Said Hassani MARIAMA, surviving niece of Hamadi SALIM, deceased;
Said Hassani KASSIME, surviving nephew of Hamadi SALIM, deceased;
Said Hassani MOINADJOUMOI, surviving niece of Hamadi SALIM, deceased;
Said Hassani MOHAMED, surviving nephew of Hamadi SALIM, deceased;
Said Hassani MAHAMOUD, surviving nephew of Hamadi SALIM, deceased;
Said Hassani ABOUBACAR, surviving nephew of Hamadi SALIM, deceased;
Said Hassani SALIM, surviving nephew of Hamadi SALIM, deceased;
Hamadi SOULE, surviving uncle of Hamadi SALIM, deceased;
ABDOULKARIM Kassim, surviving next of kin of Hamadi SALIM, deceased;

Assimari SOILIHI, surviving wife of Abdou SOILIHI, deceased, and Guardian for Aicha SOILIHI, a minor, surviving daughter of Abdou SOILIHI, deceased;
Housseme SOILIHI, surviving son of Abdou SOILIHI, deceased, and Guardian for both Idriss MZIMBA and Hylane SOILIHI, minors, surviving grandsons of Abdou SOILIHI, deceased, and for Maliana SOILIHI, a minor, surviving granddaughter of Abdou SOILIHI, deceased;

Ahmed SOILIHI surviving son of Abdou SOILIHI, deceased, and Guardian for Mélina SOILIHI, a minor, surviving granddaughter of Abdou SOILIHI, deceased; )
Abdillah SOILIHI, surviving son of Abdou SOILIHI, deceased; )
Thoueibat SOILIHI, surviving daughter of Abdou SOILIHI, deceased; )
Samarate SOILIHI surviving daughter of Abdou SOILIHI, deceased, and Guardian for Maïssara ZAKARIA, a a minor, surviving granddaughter of Abdou SOILIHI, deceased; )
Wassilat SOILIHI, surviving daughter of Abdou SOILIHI, deceased; )
Oumi-Mariama SOILIHI, surviving daughter of Abdou SOILIHI, deceased; )
Oumkoulsoum SOILIHI, surviving daughter of Abdou SOILIHI, deceased; )
Moinaecha SOILIHI, surviving sister of Abdou SOILIHI, deceased; )
Fatima ISSA BOINA, surviving niece of Abdou SOILIHI, deceased; )
Djambaé ISSA, surviving nephew of Abdou SOILIHI, deceased; )
Ali SOILIHI, surviving brother of Abdou SOILIHI, deceased; )
Zainaba SOILIHI, surviving sister of Abdou SOILIHI, deceased; )
Mohamed MRIKAOU, surviving nephew of Abdou SOILIHI, deceased; )
Mariama MRIKAOU, surviving niece of Abdou SOILIHI, deceased; )
Ben-Chanfi MRIKAOU, surviving nephew of Abdou SOILIHI, deceased; )
Maliza MRIKAOU, surviving niece of Abdou SOILIHI, deceased; )
Saïd Mohamed SIAKA, surviving half-brother of Abdou SOILIHI, deceased; )
Soilihi M'MADI, surviving brother of Abdou SOILIHI, deceased; )
Ismaïla MMADI, surviving nephew of Abdou SOILIHI, deceased; )
Assiata SOILIHI, surviving sister of Abdou SOILIHI, deceased; )
Mbariki SOILIHI, surviving half-sister of Abdou SOILIHI, deceased; )
Nachirata SOILIHI YAHAYA, surviving sister of Abdou SOILIHI, deceased; )
Maoulida SOILIHI, surviving sister of Abdou SOILIHI, deceased; )
Rouwaïda ABDALLAH, surviving niece of Abdou SOILIHI, deceased; )
Machouhouli SOILIHI, surviving half-brother of Abdou SOILIHI, deceased; )

Roukia SOILIHI, surviving sister of Abdou SOILIHI, deceased;

Mkaya YOUSSOUFA, surviving wife of Moussa Youssouf SOULE, deceased;
Natali SOULE surviving religious spouse of Dhoifir ABDOU, deceased, and surviving daughter of Moussa Youssouf SOULE, deceased; and Guardian for Lila Meriame ABDOU, Lala Salma ABDOU and Moulaïla ABDOU, minors, surviving daughters of Dhoifir ABDOU, deceased, and surviving granddautghters of Moussa Youssouf SOULE, deceased;
Ahmed SOULE, surviving son of Moussa Youssouf SOULE, deceased;
Hairati SOULE, surviving daughter of Moussa Youssouf SOULE, deceased;
Anlia SOULE surviving daughter of Moussa Youssouf SOULE, deceased, and Guardian for Malcolm SAID, a minor, surviving grandson of Moussa Youssouf SOULE, deceased;
Mohamed SOULE, surviving son of Moussa Youssouf SOULE, deceased;
Rahamia SOULE, surviving daughter of Moussa Youssouf SOULE, deceased;
Ibrahim SAID, surviving half-brother of Moussa Youssouf SOULE, deceased, and Guardian for Nissoita SAID, Salmata SAID and Achfaou SAID, minors, surviving nieces of Moussa Youssouf SOULE, deceased;
Ali SAID, surviving nephew of Moussa Youssouf SOULE, deceased;
Abdoulatuf SAID, surviving nephew of Moussa Youssouf SOULE, deceased;
Abdoulghafour SAID, surviving nephewof Moussa Youssouf SOULE, deceased;
Nassibata SAID, surviving niece of Moussa Youssouf SOULE, deceased;
Mohamed SAID, surviving nephew of Moussa Youssouf SOULE, deceased;
Fatima SAID, surviving niece of Moussa Youssouf SOULE, deceased;
Hafsoita SAID, surviving niece of Moussa Youssouf SOULE, deceased;
Zalfaou SAID, surviving niece of Moussa Youssouf SOULE, deceased;
Attoumani Youssouf SOULE, surviving brother of Moussa Youssouf SOULE, deceased;
Ahmed YOUSSOUF, surviving brother of Moussa Youssouf SOULE, deceased, and Guardian for Abdou YOUSSOUF and Mohamed YOUSSOUF, minors, surviving nephews of Moussa Youssouf SOULE, deceased, and for both Housni YOUSSOUF and Ayouba YOUSSOUF, minors, surviving nieces

of Moussa Youssouf SOULE, deceased;
Amina YOUSSOUF, surviving niece of Moussa Youssouf SOULE, deceased;
Fahamia YOUSSOUF, surviving niece of Moussa Youssouf SOULE, deceased;
Abdillah YOUSSOUF, surviving nephew of Moussa Youssouf SOULE, deceased;
Youssouf BACAR, surviving brother of Moussa Youssouf SOULE, deceased, and Guardian for both Nakib YOUSSOUF and Nasser YOUSSOUF, minors, surviving nephews of Moussa Youssouf SOULE, deceased, and for Raida BACAR, Rouoïida BACAR and Baraka BACAR, minors, surviving nieces of Moussa Youssouf SOULE, deceased;
Nadjim YOUSSOUF, surviving nephew of Moussa Youssouf SOULE, deceased;
Kassim YOUSSOUF, surviving brother of Moussa Youssouf SOULE, deceased;
Chamssi YOUSSOUF SOULE, surviving sister of Moussa Youssouf SOULE, deceased;
Mohamed YOUSSOUF, surviving brother of Moussa Youssouf SOULE, deceased;
Said Ibrahim MOHAMED SAID, surviving next of kin of Moussa Youssouf SOULE, deceased;
Fahamoé AHAMADA, surviving mother of Dhoifir ABDOU, deceased;
Mouigni ABDOU, surviving father of Dhoifir ABDOU, deceased;
Massoud ABDOU, surviving brother of Dhoifir ABDOU, deceased;
Tachrifa ABDOU, surviving sister of Dhoifir ABDOU, deceased;
Marie ABDOU, surviving sister of Dhoifir ABDOU, deceased;
Hadidja ABDOU, surviving sister of Dhoifir ABDOU, deceased;
Ahamada RADHUA, surviving aunt of Dhoifir ABDOU, deceased;
Nouria AHAMADA M'BAE, surviving aunt of Dhoifir ABDOU, deceased;
Ahamada MARIAMA, surviving aunt of Dhoifir ABDOU, deceased;
Mariama ISHAKA, surviving sister of Dhoifir ABDOU, deceased, and Guardian for both Youssouf Aliane SAID and Youssouf Hamza SAID, minors, surviving nephews of Dhoifir ABDOU, deceased;
Loulou ISHAKA, surviving sister of Dhoifir ABDOU, deceased, and Guardian for both Abdou Anisse AHMED and Abdou Anzize AHMED, minors, surviving nephews of Dhoifir ABDOU, deceased, and for both Abdou Rikinazé AHMED and Abdou Anissa AHMED, minors, surviving nieces of Dhoifir ABDOU, deceased;

Nadjimat DJAE, surviving wife of El-Hadade ABDOU NOUROU, deceased, and Guardian ad Litem for both Nahida ABDOU NOUROU and Naïme ABDOU NOUROU, minors, surviving daughters of El-Hadade ABDOU NOUROU, deceased;

Saïd Ali SAID OMAR, surviving religious spouse of Badria SAID BACAR, deceased, and surviving father of both Wadion SAID BACAR, deceased, and Wael SAID BACAR, deceased;
Halima ATHOUMANI M'ZE, surviving grandmother of both Wadion SAID BACAR, deceased, and Wael SAID BACAR, deceased;
Hachimia MVOREHA surviving half-siter of Badria SAID BACAR, deceased, and surviving aunt of both Wadion SAID BACAR, deceased, and Wael SAID BACAR, deceased;

Anouari ALADINOURO, surviving husband of Hassanati YOUSSOUFA, deceased, and surviving father of the unborn child, deceased;

Moeva SAID, surviving father of Nadjati SAID MOEVA, deceased, and surviving grandfather of both Naoumi BACAR OUSSEN, deceased, and Nazra BACAR OUSSEN, deceased;
M'Madi ACHATA , surviving mother of Nadjati SAID MOEVA, deceased, and surviving grandmmother of both Naoumi BACAR OUSSEN, decease, and Nazra BACAR OUSSEN, deceased;
Fatima SAID, surviving sister of Nadjati SAID MOEVA, deceased, and surviving aunt of both Naoumi BACAR OUSSEN, deceased, and Nazra BACAR OUSSEN, deceased, and Guardian for Thaoubane SAID, a minor, surviving nephew of Nadjati SAID MOEVA, deceased, and for Chahazrade Jasmine SAID, Chaïma Nasra MOHAMED and Naïcha Hafida AHAMADA, minors, surviving nieces of Nadjati SAID MOEVA, deceased;
Issoufa SAID, surviving brother of Nadjati SAID MOEVA, deceased, and surviving uncle of both Naoumi BACAR OUSSEN, deceased, and Nazra BACAR OUSSEN, deceased, and Guardian for Soilhata SAID ISSOUFA, Tabchirou SAID ISSOUFA and Soifnata SAID ISSOUFA minors, surviving nieces of Nadjati SAID MOEVA, deceased;
Mahamoudou SAID, surviving brother of Nadjati SAID MOEVA, deceased, surviving of uncle of Naoumi BACAR OUSSEN, deceased, and Nazra BACAR OUSSEN, deceased;
Said KADAFI, surviving brother of Nadjati SAID

MOEVA, deceased, and surviving uncle of Naoumi BACAR OUSSEN, deceased, and Nazra BACAR OUSSEN, deceased;

Trounda OUMOURI, surviving domestic-partner of Youssouf MBECHEZI, deceased, and Guardian for both Yassine MBECHEZI and Hakim MBECHEZI, minors, surviving sons of Youssouf MBECHEZI, deceased, and for both Baraka MBECHEZI, a minor, surviving daughter of Youssouf and Youssefdine MOINDJIE, a minor, surviving stepson of Youssouf MBECHEZI, deceased;
Kamaria OUMOURI, surviving daughter of Youssouf MBECHEZI, deceased;
Fatima IBRAHIM, surviving half-sister of Youssouf MBECHEZI, deceased;
Mariata MBECHEZI, surviving half-sister of Youssouf MBECHEZI, deceased;
Djahia MBECHEZI, surviving half-sister of Youssouf MBECHEZI, deceased;
Mohamed MBECHEZI, surviving half-brother of Youssouf MBECHEZI, deceased;
Chouma MBECHEZI, surviving father of Youssouf MBECHEZI, deceased, and Guardian for Naf-Ante MBECHEZI, a minor, surviving half-sister of Youssouf MBECHEZI, deceased;
Halima MSA, surviving mother of Youssouf MBECHEZI, deceased;
Fatoumia MBECHEZI, surviving sister of Youssouf MBECHEZI, deceased;
Ibrahim MBECHEZI, surviving brother of Youssouf MBECHEZI, deceased;
Mariama MBECHEZI, surviving sister of Youssouf MBECHEZI, deceased, and Guardian for Soidroudine SAID ALI, Zawade SAID ALI and Zakaria SAID ALI, minors, surviving nephews of Youssouf MBECHEZI, deceased;
Amina MBECHEZI, surviving sister of Youssouf MBECHEZI, deceased;
Saïd MBECHEZI, surviving brother of Youssouf MBECHEZI, deceased;
Hassani MBECHEZI, surviving brother of Youssouf MBECHEZI, deceased;
Haïri MBECHEZI, surviving brother of Youssouf MBECHEZI, deceased;

Hadidja ASSOUMANI, surviving domestic partner of Ali OUMOURI, deceased, and Guardian for Azhari ASSOUMANI, a minor, surviving stepson of Ali OUMOURI, deceased, for Naima ZOUBEIR, a minor, surviving step-daughter of Ali OUMOURI, deceased, and for Assia OUMOURI a minor, surviving daughter of Ali OUMOURI, deceased;
Abtoihia ASSOUMANI, surviving step-daughter of

Ali OUMOURI, deceased;
Nakib ASSOUMANI, surviving stepson of Ali OUMOURI, deceased;
Andijou ASSOUMANI, surviving stepson of Ali OUMOURI, deceased;
Hamadi Fomo NIMA surviving former domestic partner of Ali OUMOURI, deceased; and Guardian for Chaïma OUMOURI, a minor, surviving daughter of Ali OUMOURI, deceased;
Fatima ABDOU, surviving sister of Ali OUMOURI, deceased, and Guardian for Fatouma ALI, a minor, surviving daughter of Ali OUMOURI, deceased;
Abdillah ALI, surviving nephew of Ali OUMOURI, deceased;
Abasse ALI, surviving nephew of Ali OUMOURI, deceased;
Eladine ALI, surviving nephew of Ali OUMOURI, deceased;
Hassani DJOUMOI, surviving brother of Ali OUMOURI, deceased;

Abdou SOILIHI, surviving spouse of Fatima SIMBA, deceased;

Nassuri SOALI, surviving son of Fatou SOALI, deceased;
Mariama ASSOUMANI, surviving mother of Fatou SOALI, deceased;
Fatoumyia SOALI, surviving sister of Fatou SOALI, deceased;
Zaharia ASSOUMANI, surviving sister of Fatou SOALI, deceased;
Said Allaoui SAID HAMADI, surviving nephew of Fatou SOALI, deceased;

Fatima SOILIHI, surviving mother of Saïd AHAMADA M'Zé, deceased;
Echata AHAMADA M'ZE, surviving sister of Saïd AHAMADA M'Zé, deceased;
Mouandhoime M'SAIDI, surviving nephew of Saïd AHAMADA M'Zé, deceased;
Hassoity M'SAIDI, surviving nephew of Saïd AHAMADA M'Zé, deceased;
Irchade M'SAIDI, surviving nephew of Saïd AHAMADA M'Zé, deceased;
Kalime M'SAIDI, surviving nephew of Saïd AHAMADA M'Zé, deceased;
Halima MAVOUNA, surviving sister of Saïd AHAMADA M'Zé, deceased;
Hamada FATIMA, surviving niece of Saïd AHAMADA M'Zé, deceased;
Mariama AHAMADA, surviving sister of Saïd AHAMADA M'Zé, deceased;
Ibrahim ALI, surviving nephew of Saïd AHAMADA

M'Zé, deceased;
Ibrahim ANZALI, surviving nephew of Saïd AHAMADA M'Zé, deceased;
Mariama AHAMADA M'ZE, surviving sister of Saïd AHAMADA M'Zé, deceased, and Guardian for both Mariama HASSANI, a minor, surviving niece of Saïd AHAMADA M'Zé, deceased, and for Ismael HASSANI, a minor, surviving nephew of Saïd AHAMADA M'Zé, deceased;
Charfia HASSANI, surviving niece of Saïd AHAMADA M'Zé, deceased;
Chafiou KASSIME, surviving nephew of Saïd AHAMADA M'Zé, deceased;
Rasmiya HASSANI, surviving niece of Saïd AHAMADA M'Zé, deceased;
Nadhumata HASSANI, surviving niece of Saïd AHAMADA M'Zé, deceased;
Raoulati HASSANI, surviving niece of Saïd AHAMADA M'Zé, deceased;
Ibrahim AHAMADA, surviving brother of Saïd AHAMADA M'Zé, deceased;
Ahamada MOHAMED M'ZE, surviving brother of Saïd AHAMADA M'Zé, deceased, and Guardian for Badaouia MOHAMED AHAMADA M'ZE, for Soilah MOHAMED AHAMADA M'ZE and for Ibrahima MOHAMED AHAMADA M'ZE, minors, surviving nephews of Saïd AHAMADA M'Zé, deceased, and for Souraya MOHAMED AHAMADA M'ZE, a minor, surviving niece of Saïd AHAMADA M'Zé, deceased;
Sayifi MOHAMED AHAMADA M'ZE, surviving nephew of Saïd AHAMADA M'Zé, deceased;
Mohamed MOHAMED AHAMADA M'ZE, surviving nephew of Saïd AHAMADA M'Zé, deceased;
Echata MAVOUNA, surviving sister of Saïd AHAMADA M'Zé, deceased;
Hassani ZOUBDOU, surviving nephew of Saïd AHAMADA M'Zé, deceased;
Hassani HADHAMIA, surviving niece of Saïd AHAMADA M'Zé, deceased;
Mohamed ADAME, surviving nephew of Saïd AHAMADA M'Zé, deceased;
Tannlimi HASSANI ABDALLAH, surviving niece of Saïd AHAMADA M'Zé, deceased;
Hamidou ADAME M'MADI, surviving nephew of Saïd AHAMADA M'Zé, deceased;
Moutaaliim HASSANI ABDALLAH, surviving nephew of Saïd AHAMADA M'Zé, deceased;
Moina Baraka HASSANI, surviving niece of Saïd AHAMADA M'Zé, deceased;
Nassuhati HASSANI, surviving niece of Saïd AHAMADA M'Zé, deceased;
Anfia MAVOUNA, surviving sister of Saïd

AHAMADA M'Zé, deceased, and Guardian for both Manchouki IBRAHIM YOUSSOUF, a minor, surviving nephew of Saïd AHAMADA M'Zé, deceased and for Rachmia IBRAHIM YOUSSOUF, a minor, surviving niece of Saïd AHAMADA M'Zé, deceased;
Mohamed ABOUHANIFA, surviving nephew of Saïd AHAMADA M'Zé, deceased;
Fatima AHAMADA M'ZE, surviving sister of Saïd AHAMADA M'Zé, deceased, and Guardian for both Younoussa MAOULIDA, a minor, surviving nephew of Saïd AHAMADA M'Zé, deceased, and for Mandathirou Hamida ABOURAHAMAN, a minor, surviving niece of Saïd AHAMADA M'Zé, deceased;
Tachrifa AHMED ABDEREMANE, surviving niece of Saïd AHAMADA M'Zé, deceased;
Faoulata MAOULIDA, surviving niece of Saïd AHAMADA M'Zé, deceased;
Saïd Ahmed ABDEREMANE, surviving nephew of Saïd AHAMADA M'Zé, deceased;
Youssouf MAOULIDA, surviving nephew of Saïd AHAMADA M'Zé, deceased;
Zaïnaba AHAMADA M'ZE, surviving sister of Saïd AHAMADA M'Zé, deceased, and Guardian for William SOULE, for Moussani SOULE, for Atourabi SOULE MOUSSA, for Mouthare SOULE and for Oilidi DAROUECHE MOHAMED, minors, surviving nephews of Saïd AHAMADA M'Zé, deceased;
Ibrahim SOULE MOUSSA, surviving nephew of Saïd AHAMADA M'Zé, deceased;
Nizar SOULE, surviving nephew of Saïd AHAMADA M'Zé, deceased;
Ahamada Mzé IBROIHIM, surviving brother of Saïd AHAMADA M'Zé, deceased;
Mohamed ABOUKARIA, surviving niece of Saïd AHAMADA M'Zé, deceased;

Omar IBRAHIME, surviving brother of Assoumani IBRAHIME, deceased;
Al-Yamine IBRAHIME, surviving brother of Assoumani IBRAHIME, deceased;
Abbas IBRAHIME, surviving brother of Assoumani IBRAHIME, deceased;
Faidhi IBRAHIME, surviving brother of Assoumani IBRAHIME, deceased;
Aboubakar IBRAHIME, surviving brother of Assoumani IBRAHIME, deceased;
Zahonaki IBRAHIME, surviving sister of Assoumani IBRAHIME, deceased;
Mariama IBRAHIME, surviving brother of Assoumani IBRAHIME, deceased;
Mariama IBRAHIME Guardian ad Litem for

Zahonaki IBRAHIME, a minor, and surviving mother-in-law of Assoumani IBRAHIME, deceased;

Kalathoumi AHAMADA, surviving mother of Aziza ABOUDOU, deceased;
Oumilheir ABDOU EL-AZIZ surviving sister of Aziza ABOUDOU, deceased, and Guardian for both Abdoul-Wahid ALI, a minor, surviving nephew of Aziza ABOUDOU, deceased, and for Aboudou Ghaniat ALI, a minor, surviving niece of Aziza ABOUDOU, deceased;
Abdoul-Wahab ALI, surviving nephew of Aziza ABOUDOU, deceased,
Abdoul-Wassion ALI, surviving nephew of Aziza ABOUDOU, deceased,
Kassim BAKARI, surviving husband of Aziza ABOUDOU, deceased and Guardian for Badian ABOUDOU, a minor, surviving daughter of Aziza ABOUDOU, deceased, for Badrou ABOUDOU and for Badawy ABOUDOU, minors, surviving sons of Aziza ABOUDOU, deceased;
Bahia BAKARI, Individually and as surviving daughter of Aziza ABOUDOU, deceased;
Roukia AMERDINE, surviving cousin assuming care of the children of Aziza ABOUDOU, deceased;

Ahamed Mze SAID HAMADA CHARIF, surviving half-sister of Salima AHAMADA, deceased, and surviving aunt of Papa ISSOUF, deceased;

Mohamed SAID HAMADI, surviving husband of Echat MOIRABOU, deceased, and surviving father of Affousoita SAID, deceased;
Faissoili SAID HAMADI, surviving son of Echat MOIRABOU, deceased, and surviving brother of Effousoita SAID, deceased;

Youssouf HADJI, surviving father of Mohamed HADJI, deceased;
Oumi HADJI, surviving sister of Mohamed HADJI, deceased;
Moussa HADJI, surviving brother of Mohamed HADJI, deceased;
Marie HADJI, surviving sister of Mohamed HADJI, deceased;
Mariama HADJI, surviving sister of Mohamed HADJI, deceased;

Mariama SOULE, surviving wife of Ali HAMIDOU, deceased;

Chibounou MOHAZA, surviving mother of Abdillahi M'SAIDI Abdillahi M'SAIDIE (traveling

with the name of Ali YOUSSOUF MMADI), deceased;
Charani M'SAIDIE, surviving brother of Abdillahi M'SAIDIE, deceased;
Tourqui M'SAIDIE, surviving brother of Abdillahi M'SAIDIE, deceased;

Kiladati MOHAMED, surviving daughter of Fatima MOHAMED, deceased, and Guardian for both Fayza MOHAMED and Amale MILY, minors, surviving granddaughter of Fatima MOHAMED, deceased, and for both Nizar MILY and Ziyâd MILY, minors, surviving grandsons of Fatima MOHAMED, deceased;
Abdoulbar MOHAMED, surviving son of Fatima MOHAMED, deceased,
Saadati MOHAMED, surviving daughter of Fatima MOHAMED, deceased;
Said MOHAMED, surviving son of Fatima MOHAMED, deceased;
Hadidja MOHAMED, surviving daughter of Fatima MOHAMED, deceased;
Kamoulati MOHAMED surviving daughter of Fatima MOHAMED, deceased, and Guardian for Zaïm Nayir ALI SOILIHI, a minor, surviving grandson of Fatima MOHAMED, deceased;
Nairati MOHAMED, surviving daughter of Fatima MOHAMED, deceased;

Ibrahim MOHAMED, surviving father of Hachimia MOHAMED deceased, and Guardian for both Hafidhou MOHAMED, a minor, surviving brother of Hachimia MOHAMED deceased, and Sittinour MOHAMED, a minor, surviving sister to Hachimia MOHAMED, deceased;
Aboud-el-anziz MOHAMED, surviving brother of Hachimia MOHAMED, deceased;
Hamida MOHAMED IBRAHIM, surviving sister to Hachimia MOHAMED, deceased;
Chayma MOHAMED, surviving sister to Hachimia MOHAMED, deceased;

Ahamada SAANDIA, surviving wife of Moussa MOHAMED, deceased, and Guardian for both Noudjaidata MOHAMED and Nouzouhati MOHAMED, minors, surviving daughters of Moussa MOHAMED, deceased;
Nadjata MOHAMED, surviving daughter of Moussa MOHAMED, deceased;
Fatima MFOIHAYA, surviving mother of Moussa MOHAMED, deceased;
Mariama M'SA, surviving sister of Moussa MOHAMED, deceased;
An Ichata SOIBIRA, surviving niece of Moussa

MOHAMED, deceased;
Ali Mohamed SOIBIRA, surviving nephew of Moussa MOHAMED, deceased;
Monique M'BAE, surviving niece of Moussa MOHAMED, deceased;
Maïmounata M'BAE, surviving niece of Moussa MOHAMED, deceased;
Moumtazi M'BAE, surviving nephew of Moussa MOHAMED, deceased;
Hamidou DJAE CHANFI, surviving brother of Moussa MOHAMED, deceased, and Guardian for both Waslat DJAE CHANFI and Wardat DJAE CHANFI, minors, surviving nieces of Moussa MOHAMED, deceased, and for Wakil Farah DJAE CHANFI, a minor, surviving nephew of Moussa MOHAMED, deceased,
Mahamoud CHABANI, surviving brother of Moussa MOHAMED, deceased;
Fatima MOUSSA ABDOULWAHAB, surviving sister of Moussa MOHAMED, deceased;
Moussa Abdou MOHAMED FADHUILI, surviving brother of Moussa MOHAMED, deceased;
Moinafatima MOUSSA ABDOULWAHAB, surviving siter of Moussa MOHAMED, deceased;
Mfoihaya M'BAE, surviving uncle of Moussa MOHAMED, deceased;
Moussa ALI BEM, surviving brother of Moussa MOHAMED, deceased;
Abdoulwahab MARIAMA, surviving aunt of Moussa MOHAMED, deceased;
Mfoihaya MARIAME, surviving aunt of Moussa MOHAMED, deceased;
Abdoulwahab FAZULI, surviving uncle of Moussa MOHAMED, deceased;
Abdouloihab FAZULI, surviving uncle of Moussa MOHAMED, deceased;

Mohame l'Arif CHANFI, surviving brother of Aini CHANFI, deceased, and Guardian for Bertine MOHAMED, for Andzarasoa MOHAMED and forAdzarasoa MOHAMED, minors, surviving nieces of Aini CHANFI, deceased;
Lusette MOHAMED, surviving niece of Aini CHANFI, deceased;
Razal MOHAMED, surviving nephew of Aini CHANFI, deceased;
Fina MOHAMED, surviving niece of Aini CHANFI, deceased;
Kaissoiri CHANFI, surviving sister of Aini CHANFI, deceased;
Mmadi ECHATA, surviving niece of Aini CHANFI, deceased;
Badoro CHANFI, surviving brother of Aini CHANFI, deceased, and Guardian for both

Soilahoudine BADORO and Salami BADORO, minors, surviving nephew of Aini CHANFI, deceased, and for Mounira BADORO, a minor, surviving niece of Aini CHANFI, deceased;
Hadjira BADORO, surviving niece of Aini CHANFI, deceased;
Sarianta CHANFI, surviving sister of Aini CHANFI, deceased;
Saoudat ABDOURAOUF, surviving niece of Aini CHANFI, deceased;
Fayadhe ABDOURAOUF, surviving nephew of Aini CHANFI, deceased;
Rouchdi ABDOURAOUF, surviving nephew of Aini CHANFI, deceased;
Choueri ABDOURAOUF, surviving nephew of Aini CHANFI, deceased;
Widad ABDOU RAOUF, surviving nephew of Aini CHANFI, deceased;
Layade ABDOU RAOUF, surviving nephew of Aini CHANFI, deceased;
Mohamed Said MOHAMED ELAMINE, surviving nephew of Aini CHANFI, deceased;
Mariama MOHAMED SAID, surviving niece of Aini CHANFI, deceased;
Kifayatillah MOHAMED, surviving nephew of Aini CHANFI, deceased;
Mohamed Said MOHAMED HAMIDI ELLAH, surviving nephew of Aini CHANFI, deceased;
Mohamed ABDOULGAFOUR, surviving nephew of Aini CHANFI, deceased;
Abdoulgafour MATAIN, surviving niece of Aini CHANFI, deceased;
Abdoulgafour HADIDJA, surviving niece of Aini CHANFI, deceased;
Abdoulgafour Chanfi KAAMBI, surviving nephew of Aini CHANFI, deceased;
Abdoulgafour Chanfi NISSAY EL HAIRAT, surviving niece Aini CHANFI, deceased;
Ramla ABDOULGAFOUR, surviving niece of Aini CHANFI, deceased;
Hissani ABDOULGAFOUR CHANFI, surviving niece of Aini CHANFI, deceased;
Abdoulgafour OUMILHAIRI, surviving niece of Aini CHANFI, deceased;
Abdoulgafour CHAFIEN, surviving nephew of Aini CHANFI, deceased;
Abdoulgafour FATIMA BINTI, surviving niece of Aini CHANFI, deceased;
Abdoulgafour ABDOULHOUDA, surviving nephew of Aini CHANFI, deceased;
Abdoulgafour ATHOUMANE, surviving nephew of Aini CHANFI, deceased;
Abdou Salam ABDOU EL GAFOUR, surviving nephew of Aini CHANFI, deceased;

Aboudou ASSOUMANI CHANFI, surviving nephew of Aini CHANFI, deceased;
Assoumani FATOUMA, surviving niece of Aini CHANFI, deceased;
Halima ASSOUMANI, surviving niece of Aini CHANFI, deceased;
Assoumani MMADI, surviving nephew of Aini CHANFI, deceased;
Assoumani AHMED, surviving nephew of Aini CHANFI, deceased;
Tohoufa ABOUDOU, surviving niece of Aini CHANFI, deceased;
Baraka CHANFI, surviving sister of Aini CHANFI, deceased;
Bacar TOUMA, surviving niece of Aini CHANFI, deceased;
Zahara MMADI, surviving niece of Aini CHANFI, deceased;
Abdallah HADIDJA, surviving niece of Aini CHANFI, deceased;
Abdallah MOINAFATIMA, surviving niece of Aini CHANFI, deceased;
Abdallah MOINAECHA, surviving niece of Aini CHANFI, deceased;
Mariana ABDALLAH, surviving niece of Aini CHANFI, deceased;
Mhadji CHANFI, surviving brother of Aini CHANFI, deceased, and Guardian for Binti Chanfi MHADJI, for Binti Hadidja MHADJI and for Zaïnaba Binti MHADJI, minors, surviving nieces of Aini CHANFI, deceased, and for both Abdousoimadou MHADJI and Mohamed MOUGHNI, a minor, surviving nephews of Aini CHANFI, deceased;
Moinafatima CHANFI, surviving sister of Aini CHANFI, deceased;
Mohamed SAID, surviving nephew of Aini CHANFI, deceased;
Chanfi ABDOURAHIM, surviving brother of Aini CHANFI, deceased;
Mariana ABODO, surviving niece of Aini CHANFI, deceased;
Abdourahim AHMED, surviving nephew of Aini CHANFI, deceased;
Abdourahim Chanffi MASSOUDE, surviving nephew of Aini CHANFI, deceased;
Rallhya ABDOULRAHIM, surviving niece of Aini CHANFI, deceased;
Mohamed Toihir ABDOURAHIM CHANFI, surviving nephew of Aini CHANFI, deceased;
Abdourahim Chanfi WARDAT ABDOU, surviving niece of Aini CHANFI, deceased;
Moinamkaya CHANFI, surviving sister of Aini CHANFI, deceased;

Djoubeiri NADHUFA, surviving niece of Aini CHANFI, deceased;
Chanfi Mmadi OUDJOHOMA, surviving sister of Aini CHANFI, deceased;
Abi Soufiani MOHAMED ELHADJI, surviving nephew of Aini CHANFI, deceased;
Abi Soufiane HABIBA, surviving niece of Aini CHANFI, deceased;
Aby Soufiane TOYFA, surviving niece of Aini CHANFI, deceased;
Boinali CHANFI, surviving brother of Aini CHANFI, deceased;
Mohamed ALI, surviving uncle of Aini CHANFI, deceased;
Mariama ALI, surviving a nexte of kin of Aini CHANFI, deceased;
Maooulida CHANFI, surviving sister of Aini CHANFI, deceased;
Fawad SAFILMOULOUK ALI, surviving nephew of Aini CHANFI, deceased;
M'Madina CHANFI, surviving a next of kin of Aini CHANFI, deceased;
Zoulfati IBOUROI, surviving daughter of Aini CHANFI, deceased, and Guardian for Fara ISSA and Dounia ISSA, minors, surviving granddaughters of Aini CHANFI, deceased;
Fiona IBOUROI, surviving granddaughter of Aini CHANFI, deceased;
Mbae Razakou IBOUROI surviving son of Aini CHANFI, deceased, and Guardian for Himaya IBOUROI, a minor, surviving granddaughter of Aini CHANFI, deceased, and for Imane IBOUROI, a minor, surviving grandson of Aini CHANFI, deceased;
Elmiftah IBOUROI, a minor, surviving son of Aini CHANFI, deceased, and Guardian for Rayhane IBOUROI, a minor, surviving granddaughter of Aini CHANFI, deceased, and for both Sayam IBOUROI and Ilian Aslam IBOUROI, minors, surviving grandsons of Aini CHANFI, deceased;
Fadhulouna ADAMOU, surviving daughter-in-law of Aini CHANFI, deceased;
Moénaté OMAR, surviving daughter of Aini CHANFI, deceased, and Guardian for Badia BADAOUI, a minor, surviving granddaughter of Aini CHANFI, deceased;
Chanfi HAIDARI, surviving brother of Aini CHANFI, deceased;
Chaïma ANISSATA, surviving niece of Aini CHANFI, deceased;
Assma CHANFI, surviving niece of Aini CHANFI, deceased;
Soulayman HAIDARI, surviving nephew of Aini CHANFI, deceased;

Chanfi IBRAHIMA surviving brother of Aini CHANFI, deceased;

Mohamed Soiffeine ABDALLAH, surviving husband of Jeannine MLANAO, deceased;
Sitti Mouzdalifate ABDALLA, surviving daughter of Jeannine MLANAO, deceased, and Guardian for both Ines TOIHIRI, a minor, surviving granddaughter of Jeannine MLANAO, deceased and Ben-Kayal TOIHIRI SAID, a minor, surviving grandson of Jeannine MLANAO, deceased;
Anil ABDALLAH, surviving son of Jeannine MLANAO, deceased;, and Guardian for Sophia ABDALLAH GIRAUD, a minor, surviving granddaughter of Jeannine MLANAO, deceased;
Sultan ABDALLAH, surviving son of Jeannine MLANAO, deceased;
Sitti Hadidja MSHANGAMA, surviving daughter of Jeannine MLANAO, deceased;
Ahmed Elhad ABDALLAH, surviving son of Jeannine MLANAO, deceased, and Guardian for Fatima ABDALLAH, a minor, surviving granddaughter of Jeannine MLANAO, deceased;
Sitti Bahiya ABDALLAH, surviving daughter of Jeannine MLANAO, deceased;
Mohamed ABDALLAH, surviving son of Jeannine MLANAO, deceased, and Guardian for Ameld ABDALLAH, a minor, surviving granddaughter of Jeannine MLANAO, deceased;

Omar IBRAHIME, surviving daughter of Assoumani IBRAHIME, deceased;
Al-Yamine IBRAHIME, surviving brother of Assoumani IBRAHIME, deceased;
Abbass IBRAHIME, surviving brother of Assoumani IBRAHIME, deceased;
Faidhi IBRAHIME, surviving brother of Assoumani IBRAHIME, deceased;
Aboubakar IBRAHIME, surviving brother of Assoumani IBRAHIME, deceased;
Zahonaki IBRAHIME, surviving sister of Assoumani IBRAHIME, deceased;
Mariama IBRAHIME, surviving stepmother of Assoumani IBRAHIME, deceased;

Soifiat CHOUAIB, surviving daughter of Zalbia ABDALLAH, deceased;

Anissat ABOUBAKAR, survivng cousin of Hairia BOINA, deceased;
Fahimya MLANAO, surviving cousin of Hairia BOINA, deceased;
Macha MERIL, survivng cousin of Hairia BOINA, deceased;

Fahimya ABOUBAKAR, surviving cousin of Hairia BOINA, deceased;
Moinahadidja YOUSSOUFA, surviving cousin of Hairia BOINA, deceased;

Said BACAR, surviving husband of Halima BACAR, deceased;
Baraka BACAR SAID, surviving daughter of Halima BACAR, deceased;
Charifa BACAR SAID, surviving daughter of Halima BACAR, deceased;
Khatidja BACAR SAID, surviving daughter of Halima BACAR, deceased;
Aboubacar BACAR SAID, a minor, surviving son of Halima BACAR, deceased;

Echata MOHAMED, surviving wife of Ahmed ABDOU, deceased, and Guardian for both Assia AHMED ABDOU and Nissoite AHMED ABDOU, minors, surviving daughters of Ahmed ABDOU, deceased;

Plaintiffs,

vs.

INTERNATIONAL LEASE FINANCE CORPORATION and DOES 1- 10,

Defendants.

Plaintiffs, for their Complaint against International Lease Finance Corporation and Does 1-10 ("ILFC" or "Defendant") allege the following upon information and belief, except as to the allegations concerning individual circumstances, which are asserted upon personal knowledge:

**PARTIES**

1. Each of the aforementioned plaintiffs is a surviving spouse, child, parent, grand-parent, sibling, aunt, uncle, cousin, niece or nephew of a passenger who died from blunt force trauma and/or drowning after the June 30, 2009 crash into the ocean of an Airbus A310-300 aircraft that was owned by defendant ILFC and operated by Yemenia Airlines, except for plaintiff Bahia BAKARI, who was the sole survivor of the crash.

2. The aircraft crashed upon approach to the Moroni-Prince Said Ibrahim International Airport in Moroni, Comoros, as a result of the incompetence and disorientation of the pilots, who essentially got lost in the darkness and piloted the aircraft into an aerodynamic stall, after which it plunged out of control into the ocean.

3. Each of the plaintiffs has standing to and does assert claims for damages for wrongful death under the liability and damages laws of the nation of Comoros under the authority of United States maritime law, to wit, 46 U.S.C. § 30306.

4. Defendant ILFC is a California corporation with its principal place of business in Los Angeles, California.

5. Defendants Does 1-10 represent presently unknown defendants.

**GENERAL ALLEGATIONS**

6. ILFC is in the business of owning and leasing aircraft to airlines on a worldwide basis. At the time of the events that are the subject matter of this action, and until recently, ILFC was owned by American International Group, Inc. (AIG), one of the largest insurance companies in the world.

7. ILFC owned, controlled, leased, operated serviced and/or maintained a certain 1990 Airbus Model A310-300 aircraft (hereafter "ACCIDENT AIRCRAFT").

8. In approximately September 1999, as part of its aircraft lease services, ILFC entered into an Aircraft Lease Agreement with Yemenia Airlines, owned by the Governments of Yemen and Saudi Arabia and headquartered in Yemen.

9. The Yemenia Airlines Lease Agreement entrusted the ACCIDENT AIRCRAFT to Yemenia Airlines for use in commercial passenger transportation.

10. Pursuant to the Lease Agreement, and at the time of the crash, the ACCIDENT AIRCRAFT was registered under the laws of Yemen and bore a Yemen registration of 70-ADJ.

11. The Lease Agreement between ILFC and Yemenia Airlines was a standard agreement used by ILFC in literally thousands of leases, which provides that:

A. The title of the ACCIDENT AIRCRAFT remains vested in ILFC;

B. ILFC maintains control over inspection of the ACCIDENT AIRCRAFT and has the right to inspect the ACCIDENT AIRCRAFT and documents at any time upon reasonable notice;

C. The ACCIDENT AIRCRAFT shall maintain affixed to its airframe and engines at all times identification plates stating that "This Aircraft/Engine is owned by International Lease Finance Corporation";

D. Insurance will be maintained that provides for ILFC to be named as an additional insured;

E. The ACCIDENT AIRCRAFT must be returned to ILFC in the United States at the end of the lease term.

12. Additionally, ILFC required, through the Lease, that Yemenia Airlines:

A. Use the ACCIDENT AIRCRAFT in accordance with applicable laws of the State of Registration and of any country, state, territory or municipality into or over which Yemenia Airlines may operate the aircraft.

B. Maintain and repair the ACCIDENT AIRCRAFT, its engine and parts, in accordance with all manufacturers' scheduled maintenance, the Aviation Authority's Regulations, and in accordance with any other regulations or requirements necessary to maintain a valid Certificate of Airworthiness and for issuance of a Standard Certificate of Airworthiness for transport category aircraft issued by the FAA in accordance with FAR Part 21.

C. Maintain, in English, up-to-date records and historical maintenance records.

D. Report monthly and annually, in English, to ILFC regarding the maintenance and technical evaluation reports.

13. Plaintiffs are further informed and believe and thereon allege that ILFC's Master Lease Agreements provide that:

A. Failure to Maintain and/or Insure the ACCIDENT AIRCRAFT is considered default of the Lease;

B. Upon a default of the Lease terms YEMENIA must immediately move the ACCIDENT AIRCRAFT to an airport or other location designated by ILFC;

C. Upon default, ILFC may terminate the lease by taking possession of the ACCIDENT AIRCRAFT. If ILFC takes possession of the ACCIDENT AIRCRAFT, it may enter premises where the ACCIDENT AIRCRAFT is located as permitted by local law.

D. In the event of a default, ILFC may take all steps necessary to deregister the ACCIDENT AIRCRAFT in, and export the ACCIDENT AIRCRAFT from, the state of registration.

E. If at any time YEMENIA fails to maintain insurance, ILFC may require the ACCIDENT AIRCRAFT to remain at any airport or (as the case may be), proceed to and remain at any airport designated by ILFC, until such failure is remedied to ILFC's satisfaction.

14. On June 30, 2009, Plaintiff Bahia BAKARI and all other Plaintiffs' decedents were passengers on the ACCIDENT AIRCRAFT and were injured or killed when the ACCIDENT AIRCRAFT plunged into the Indian Ocean after a failed approach into the Moroni-Prince Said Ibrahim International Airport in Moroni, Comoros.

15. The Comoros Islands lie in the Indian Ocean east of Africa, close to Mozambique and Madagascar. Moroni, the capital of the Comoros Islands, is located on Grande Comore (also known as Njazidja) the largest of the four islands which make up the Comoros archipelago. The Comoros islands were under French rule until three of the four declared independence in 1975, create an independent state called the Union of the Comoros.

16. The Accident flight, for many of the passengers, originated on Monday June 29, 2009 at approximately 8:55 a.m., local time, when a Yemenia Airlines Airbus A330-200 designated as flight number IY 749, departed Charles de Gaulle International Airport, Paris, France destined for Sana'a, Yemen.

17. Yemen is located on the coast of the Arabian Sea and lies between Saudi Arabia to the North and Ethiopia across the Red Sea to the South. The Comoros Islands are approximately 2,900 kilometers (1,800 miles) south of Yemen.

18. Yemenia Flight IY 749 first flew from Paris to Marseille in Southern France with approximately 67 passengers onboard. The flight stopped in Marseille, where it took on additional passengers, then totaling approximately 100, before continuing to Sana'a, Yemen.

19. After arriving in Sana'a, the passengers were caused to deplane and board another Yemenia aircraft, the ACCIDENT AIRCRAFT, an older Airbus model A310-300, registered 70-ADJ. The change of planes was required because the ACCIDENT AIRCRAFT was barred from entering French air space due to serious and long standing maintenance deficiencies. To avoid the prohibition, Yemenia Airlines brought French and other passengers out of France on an aircraft permitted to fly in French airspace, to be then transferred in Sana'a, unbeknownst to them, onto the ACCIDENT AIRCRAFT, an aircraft that was barred from traveling in their home countries.

20. Flight IY 626 then departed for its final destination, the Moroni - Prince Said Ibrahim International Airport (hereafter the "Moroni Airport") in Comoros.

21. As the ACCIDENT AIRCRAFT was approaching the Moroni Airport, Air Traffic Control lost contact with the aircraft at approximately 1:51 a.m. local time.

22. Flight IY 626 crashed into the Indian Ocean, approximately 8 nautical miles from the coast of Grande Comore, on a failed approach to the airport just minutes before landing.

23. The crash of Flight IY 626 was caused by the poor training, testing, and

experience of its pilots, who literally got "lost" over waters of the Indian Ocean, flew below recommended minimums for the approach path they were attempting to follow, became overwhelmed by their situation, and failed to respond to numerous automatic warnings generated by the aircraft, including, unfortunately, a warning that the aircraft was moving too slowly for its angle of attack and about to enter an aerodynamic stall.

24. Flight IY 626 suffered an aerodynamic stall approximately one thousand feet over the Indian Ocean, and subsequently plunged into the waters below.

25. All persons on board either perished in the crash or subsequently drowned in the ocean, except one 14 year old girl, plaintiff Bahia BAKARI, who miraculously survived.

26. Prior to September 1999 and at all material times thereafter, ILFC had reason to know and did know or, in the exercise of reasonable diligence, should have known that Yemenia Airlines was incompetent, unfit, inexperienced and/or reckless in its operation as an air carrier as evidenced by a long and notorious history of poor maintenance on an epic scale; poor pilot training; and total lack of compliance with minimum standards of safety at every level of the company, all of which did or should have constituted default of the lease, as more fully set forth below:

A. Since 2004, the state of Yemen and the Yemenia state-owned company has violated clauses of the Chicago Convention of December 7, 1944 on international civil aviation. This convention, aimed at providing for the safe and orderly development of civil aviation by the International Civil Aviation Organization, requires compliance by all signatory States, including, specifically requisites that concern aviation safety.

B. Yemen ratified the Chicago Convention on April 17, 1964.

C. The International Civil Aviation Organization (ICAO), established uniformity in aviation standards necessary for safety, reliability, regularity and efficiency of air services through established practices and procedures. In

practice, compliance with the Convention is reflected in the implementation and adoption of its Standards and Recommended Practices ("SARPs") that address 18 specific topics:

(1) Licenses;

(2) Air Regulation;

(3) Meteorology;

(4) Aeronautical Charts;

(5) Units of measurement in Air/Ground communications;

(6) Aircraft Operations;

(7) Nationality marks and registration;

(8) Certificates of Airworthiness;

(9) Facilitation;

(10) Aeronautical Telecommunications;

(11) Air Traffic Services;

(12) Search and Rescue;

(13) Accident Investigations;

(14) Airfields;

(15) Aeronautical Information Services;

(16) Aircraft Noise;

(17) Safety and protection of international civil aviation against unlawful acts;

(18) Aviation security of dangerous goods.

D. ICAO inspectors visited the Yemenia Airlines facilities in April 2004 to audit the correct application of ICAO standards. The ICAO inspector's audit revealed noncompliance with many of the 18 uniform standards, including, but not limited to, the following:

(1) The regulation of Yemen is, in all respects, inconsistent with

ICAO SARPs standards.

(2) The requisite policies and/or training programs for technical staff have not been established.

(3) The Flight Operations Division suffers from a lack of qualified and experienced inspectors.

(4) A comprehensive system for the certification and supervision of air operators required by Annex 6 has not been established.

(5) The CAMA [Yemen Civil Aviation] does not comply, in many ways, with the SARPs of Annex 6, Chapter 8 and 11 and Annex 8 regarding the supervision of airworthiness of aircraft and control.

(6) A comprehensive global system for maintenance, maintenance programs and to ensure continuous compliance with the requisites of Annex 6 has not been established.

(7) The Yemenia Airlines inspectors responsible for the airworthiness of aircraft are not properly qualified and/or experienced to perform their respective roles as inspectors.

(8) Yemenia Airlines' inspectors lack proper training, its regulations are not properly updated and its documentation and procedures have not been properly developed.

E. The ICAO audit demonstrated that, at least as of April 2004, inadequate resources had been implemented for flight operations and aircraft maintenance in clear violation of international safety standards established by ICAO.

F. On July 24, 2008, four years after operational and maintenance failures were cited in the ICAO Audit, the European Commission noted Yemenia Airlines' non-compliance with air safety standards, stating in Regulation (EC) No 715 of July 24, 2008:

> It is clear that the carrier Yemenia – Yemen Airways does not satisfy certain specific safety standards established by the Chicago Convention when it operates within the Community. These deficiencies have been identified by the competent authorities of France, Germany and Italy, during ground inspections performed under the SAFA program.

G. According to the European Commission, the French Civil Aviation Central Office (DGAC) has identified four safety violations in 2005, six violations in 2006, four violations in 2007 and two violations in 2008 on Yemenia Airlines company aircraft according to the following reports from the DGAC:

(1) DGAC/F-2005-270; DGAC/F-2005-1291; DGAC/F-2005-471; DGAC/F-2005-1054;

(2) DGAC/F-2006-60; DGAC/F-2006-1465; DGAC/F-2006-1760; DGAC/F-2006-716;DGAC/F-2006-2066;DGAC/F-2006-601;

(3) DGAC/F-2007-1332; DGAC/F-2007-119; DGAC/F-2007-2066; DGTAC/F-2007-1002;

(4) DGAC/F-2008-478; DGAC/F-2008-1129.

H. The Federal Office of German Civil Aviation (LBA) has also detected three safety violations in 2006 and one in 2007 on Yemenia Airlines aircraft.

(1) LBA/D-2006-47; LBA/D-2006-103; LBA/D-2006-157;

(2) LBA/D-2007-477.

I. Additionally, the Authority of the Italian Civil Aviation (ENAC) has identified three safety violations in 2005, one violation in 2006 and one in 2008 concerning Yemenia Airlines aircraft:

(3) ENAC-IT-2005-51; ENAC-IT-2005-218; ENAC-IT-2005-648;

(4) ENAC-IT-2006-330;

(5) ENAC-IT-2008-126.

J. The European Commission added that a corrective action plan was submitted on May 26, 2008, based on recommendations made by Airbus, but that it did not in any way solve the detected problems. In particular, serious deficiencies persisted in Yemenia Airwlines' safety program, technical operations, ground and flight training, as well as, its maintenance and engineering technical library. Also, Yemenia Airlines has been invited by the Commission to provide further clarification regarding the revised corrective action plan.

K. The European Agency of Aviation Safety (EASA) discovered, during a February 24, 2009 inspection of the Yemenia Airlines' headquarters in Sana'n Yemen, serious maintenance deficiencies resulting in an immediate suspension of the approval No. EASA.145.0177 for its maintenance program.

L. Following the findings of EASA, the French authorities also suspended the airworthiness certificates of the Yemenia Airlines aircraft registered in France; specifically, two Airbus A-310s registered as F-OHPR and F-OHPS, respectively. The ACCIDENT AIRCRAFT, an Airbus A310-300 registered 70-ADJ was registered and provided its certificate of airworthiness in Yemen. As stated above, Yemen and Yemenia Airlines were the focus of continuing monitoring, oversight and audits by the ICAO, DGAC, LBA, the ENAC and EASA resulting in repeated citations for demonstrated deficiencies in air safety.

27. Two weeks after the accident, July 13, 2009, the European Commission adopted EC Regulation No. 619/2009 - "taking note of the violations of regulations" of Yemenia Airlines, and which referred to "official discussions" with this company to assess the compliance of its operations and the maintenance of its aircraft with ICAO standards.

28. The operational, maintenance and safety failures of Yemenia Airlines resulted in numerous aviation accidents culminating in the subject crash. The prior

accidents include, but are not limited to, the following:

A. On or about June 26, 2000, a Boeing 737-200C, registered 70-AQC, operated by Yemenia Airlines and destined for Khartoum-Civil Airport (KRT/HSSS) Sudan was damaged beyond repair when the flight crew landed on the proper runway, but in the wrong direction. Thereafter the aircraft departed the left side of the runaway, and the nose gear collapsed when it contacted obstructions.

B. On or about January 21, 2001, a Boeing 727-2N8, operated by Yemenia Airlines as Flight 448, was hijacked about 15 minutes after departing from Sana'a International Airport (SAH/ODSN) in Yemen, by a passenger who was able to smuggle a pen gun into the cabin.

C. On or about, August 1, 2001, a Boeing 727-2N8, registered 70-ACW, operated by Yemenia Airlines, was damaged beyond repair when it overran the runway after landing in Asmara, Eritrea in clear weather. The main landing gear failed after colliding with a large block of concrete.

29. Yemenia Airlines has been under scrutiny by the European Union and numerous other individual countries due specifically to its inefficient, inept and/or reckless management and operations. Additional examples of publicly available information regarding Yemenia Airlines inability to safely operate commercial flights include the following:

A. The European Union ("EU"), has raised concerns over Yemenia Airlines' ability to safely operate commercial flights within European airspace. Concerns over the deficiencies in Yemenia Airlines' maintenance and engineering operations were looked into. The EU's investigation led to the discovery of "verified evidence of non-compliance with specific safety standards." Reportedly, in May of 2008, Yemenia drew up a corrective plan which was found to still be lacking

B. It was reported that 70-ADJ was inspected by the French DGAC in 2007. The French DGAC inspectors reportedly found numerous faults on this aircraft during this inspection. As a result of these safety deficiencies, the French Aviation Authorities reportedly banned this specific aircraft from flying in French airspace due to these safety concerns.

C. The aviation authorities of Italy and Germany have also raised concerns about Yemenia Airlines' ability to safely carry out commercial flights in their respective countries.

D. Yemenia Airlines reportedly has permitted more passengers on board certain of its flights than the available seats – with some passengers standing for the flight. Others have reported a lack of seat belts for all the seated passengers

30. As a direct consequence and result of the crash of the ACCIDENT AIRCRAFT on June 30, 2009 and the matters herein alleged, Plaintiff Bahia BAKARI and all other Plaintiffs, as the heirs of and successors in interest to decedents, have sustained pecuniary and non-pecuniary damages.

31. Immediately prior to decedents' death and as direct consequence and result of the matters herein alleged, Plaintiffs' decedents who perished on the ACCIDENT AIRCRAFT suffered pre-impact fear and terror, physical injury, pain and suffering, property damage and were injured in a personal and pecuniary manner.

**FIRST CAUSE OF ACTION AGAINST DEFENDANT INTERNATIONAL LEASE FINANCE CORPORATION (NEGLIGENT ENTRUSTMENT)**

32. Plaintiffs incorporate herein by reference all previous paragraphs as if fully set forth at length herein.

33. At all times material hereto, ILFC owned, controlled, marketed, distributed, and leased the ACCIDENT AIRCRAFT.

34. Prior to September 1999 and at all material times thereafter, Yemenia Airlines was incompetent, unfit, inexperienced and/or reckless in its operation as an air

carrier.

35. Prior to September 1999 and at all material times thereafter, ILFC had reason to know and did know or, in the exercise of reasonable diligence should have known that Yemenia Airlines was incompetent, unfit, inexperienced and/or reckless in its operations as an air carrier.

36. On or about September 1999, and at all times thereafter, ILFC entrusted to Yemenia Airlines a dangerous instrumentality: the ACCIDENT AIRCRAFT.

37. At all material times relevant hereto, Yemenia Airlines' operation and maintenance of the ACCIDENT AIRCRAFT created a risk of harm to passengers including Plaintiff Bahia BAKARI and all other Plaintiffs' decedents.

38. At all material times relevant hereto, ILFC maintained, by and through the lease, control over the ACCIDENT AIRCRAFT with respect to maintenance, inspections, operations, training and/or compliance with applicable safety standards.

39. On or about June 30, 2009, Yemenia Airlines operated the ACCIDENT AIRCRAFT in an incompetent, unfit, inexperienced and/or reckless manner, failing to properly follow the established landing pattern for the Moroni-Prince Said Ibrahim International Airport in Comoros, resulting in the aircraft impacting the ocean at high speed. As a direct and proximate result, Plaintiff Bahia BAKARI and all other Plaintiffs' decedents lost their lives and their survivors suffered severe pecuniary and no-pecuniary injuries and resulting damages.

40. The crash of the ACCIDENT AIRCRAFT was facilitated, caused and contributed to by ILFC's negligent entrustment of the ACCIDENT AIRCRAFT to Yemenia Airlines.

41. Because ILFC, by the terms of its Lease, maintained control over compliance with maintenance and operational requirements and compliance with required safety standards, by June, 2009 ILFC knew or should have known that YEMENIA was continually failing to comply with such requirements, and, thereby,

ILFC failed to comply with its own duty to cause the ACCIDENT AIRCRAFT to be deregistered, exported and returned to ILFC before anyone could be injured.

42. As a direct result and consequence of the acts and/or omissions of defendants, the ACCIDENT AIRCRAFT crashed, killing Plaintiffs' decedents and injuring plaintiff Bahia BAKARI. As a direct result thereof, Plaintiffs were injured and damaged as alleged herein.

43. This action seeks damages under the statutes and laws of the Union of the Comoros, on behalf of Plaintiff Bahia BAKARI and the survivors of decedents who were fare paying passengers killed on board the ACCIDENT AIRCRAFT. These claims are cognizable under United States maritime laws.

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, for damages as follows:

1. Disability, disfigurement, mental and physical pain and suffering, loss of enjoyment of life, past and future medical expenses, and past and future lost earnings of plaintiff Bahia BAKARI.

2. Pain and suffering, mental anguish, psychological and emotional distress, and disfigurement of plaintiffs' decedents prior to death, and for pre-impact fear of death;

3. Loss of care, comfort, love, society, solace, moral support, companionship, guidance, and services of the decedents to the survivors, beneficiaries and heirs and the resulting grief and sorrow;

4. Loss of support and services in money or in kind;

5. Loss of net accumulations;

6. Loss of earnings and earning capacity;

7. Loss of inheritance

8. Funeral and burial expenses;

9. Mental shock and suffering, wounded feelings, grief and sorrow;

10. Loss of companionship and deprivation of society;

11. Loss of decedent's experience, knowledge and judgment in business affairs;

12. Loss of decedent's protection;

13. Pre and post-judgment interest;

14. Cost of suit; and

15. Any other damages to which Plaintiffs may be entitled under applicable laws.

DATED: August 27, 2014 BRENT, FIOL & PRATT LLP

By: ______________________
David L. Fiol
Attorneys for Plaintiffs

**JURY DEMAND**

Plaintiffs demand a trial by jury.

DATED: August 27, 2014 BRENT, FIOL & PRATT LLP

By: ______________________
David L. Fiol
Attorneys for Plaintiff