**COPY**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| Mohammed Youssouf ABDALLAH, surviving brother of Bacar ABDALLAH, deceased (see attachment for additional plaintiffs) | INTERNATIONAL LEASE FINANCE CORPORATION AND DOES 1-10 |

| (b) County of Residence of First Listed Plaintiff    FOREIGN (EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant (IN U.S. PLAINTIFF CASES ONLY) |
|---|---|

| (c) Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information. | Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information. |
|---|---|
| David L. Fiol (SBN 203546) Brent, Fiol & Pratt LLP 1 Embarcadero Center, Suite 2860  San Francisco, CA  94111 (415) 259-4420 | |

### II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Negligence on the laws of a foreign country, pursuant to 46 U.S.C. § 30306.

### VII. NATURE OF SUIT (Place an X in one box only.)

| | | | | | |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | | | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☒ 310 Airplane | ☐ 370 Other Fraud | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 340 Marine | | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 355 Motor Vehicle Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

| FOR OFFICE USE ONLY:    Case Number: | **CV14-6769** |
|---|---|

CV-71 (06/14)                                        CIVIL COVER SHEET                                        Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? <br> ☐ Yes  ☒ No <br><br> If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a **PLAINTIFF** in this action? <br><br> ☐ Yes  ☒ No <br><br> If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.? <br><br> check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Continue to Question B.2. |
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) <br><br> check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a **DEFENDANT** in this action? <br><br> ☐ Yes  ☒ No <br><br> If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.? <br><br> check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Continue to Question C.2. |
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) <br><br> check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A. <br> Los Angeles County | B. <br> Ventura, Santa Barbara, or San Luis Obispo County | C. <br> Orange County | D. <br> Riverside or San Bernardino County |
|---|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | | ☐ | ☐ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | | ☐ | ☒ |

| D.1. Is there at least one answer in Column A? | D.2. Is there at least one answer in Column B? |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |
| If "yes," your case will initially be assigned to the <br> **SOUTHERN DIVISION.** <br><br> Enter "Southern" in response to Question E, below, and continue from there. <br><br> If "no," go to question D2 to the right. ➡ | If "yes," your case will initially be assigned to the <br> **EASTERN DIVISION.** <br><br> Enter "Eastern" in response to Question E, below. <br><br> If "no," your case will be assigned to the WESTERN DIVISION. <br> Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | **WESTERN** |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes  ☒ No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court?    ☒ NO    ☐ YES

If yes, list case number(s):

**IX(b). RELATED CASES:** Is this case related (as defined below) to any cases previously filed in this court?    ☐ NO    ☒ YES

If yes, list case number(s):    CV 11-02251 MMM (MAN)

Civil cases are related when they:

☒ A. Arise from the same or closely related transactions, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Check all boxes that apply. That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**    _____    DATE:  8/26/14

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate Instruction sheet (CV-071A).

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

Additional plaintiffs:

Mohammed Youssouf ABDALLAH,  surviving brother of Bacar ABDALLAH, deceased;
Touma MADY, surviving mother of Bacar ABDALLAH, deceased;
Ali ABDOU, surviving brother of Bacar ABDALLAH, deceased;
Nadia ABDALLAH, surviving sister of Bacar ABDALLAH, deceased;
Nayira ALI, surviving niece of Bacar ABDALLAH, deceased;
Nasri Mohamed ABDALLAH, surviving nephew of Bacar ABDALLAH, deceased;

Zaïnaba IBRAHIM, surviving domestic-partner of Mlamali ABDOUL'ENZIZ, deceased and Guardian for Anziz ABDOUL'ENZIZ and Anziz-Yazid ABDOUL'ENZIZ, minors, surviving sons of Mlamali ABDOUL'ENZIZ, deceased;
Mkaya MOENDZAMOGNE, surviving sister of Mlamali ABDOUL'ENZIZ, deceased;
Toilanti L'ENZIZI, surviving half-sister of Mlamali ABDOUL'ENZIZ, deceased;
Mohamed L'ENZIZI, surviving of half-brother of Mlamali ABDOUL'ENZIZ, deceased;
Hadidja L'ENZIZI, surviving half-sister of Mlamali ABDOUL'ENZIZ, deceased;
Ramadhoine L'ENZIZI, surviving half-brother of Mlamali ABDOUL'ENZIZ, deceased;  Ntsoholé L'ENZIZI, surviving half-sister of Mlamali ABDOUL'ENZIZ, deceased;
Djoumoi L'ENZIZI, surviving half-brother of Mlamali ABDOUL'ENZIZ, deceased;
Abbas ABDALLAH, surviving uncle of Mlamali ABDOUL'ENZIZ, deceased;
Hamza ISSA NOFOUMO, surviving stepson of Mlamali ABDOUL'ENZIZ, deceased;
Inoussa ISSA NOFOUMO, surviving stepson of Mlamali ABDOUL'ENZIZ, deceased;
Youssouf BAKARI, surviving nephew of Mlamali ABDOUL'ENZIZ, deceased;
Fatima AHAMADA, surviving niece of Mlamali ABDOUL'ENZIZ, deceased;

Anichati Abdou, legally appointed guardian of Houlaid HAMADA, Houssaine AHAMADA, and Houzaïne HAMADA, surviving sons of Hassani AHAMADA, deceased;
Mroivili AMINA, surviving mother of Hassani AHAMADA, deceased;
Hamada MARIAMA, surviving sister of Hassani AHAMADA, deceased;
Abdallah FATIMA, surviving niece of Hassani AHAMADA, deceased;
Abdallah SANDIA, surviving niece of Hassani AHAMADA, deceased;
Nouria ABDALLAH, surviving niece of Hassani AHAMADA, deceased;
Ahamada ALI, surviving brother of Hassani AHAMADA, deceased;
Ahamada Andhum ALI, surviving nephew of Hassani AHAMADA, deceased;

Abtoïhi ALI AHAMADA, deceased, surviving nephew of Hassani AHAMADA, deceased; Aichat ALI, surviving niece of Hassani AHAMADA, deceased, Hakim ALI AHAMADA, surviving nephew of Hassani AHAMADA, deceased; Fatima HAMADA, surviving half-sister of Hassani AHAMADA, deceased; Fatima ABDOU, surviving sister-in-law of Hassani AHAMADA, deceased; Ahamada RAHAMATA, surviving sister-in-law of Hassani AHAMADA, deceased;

Azdi AHAMADA, surviving husband of  Bichara HASSANI, deceased, and surviving father of  Yacoub AHAMADA, deceased, of Youssef AHAMADA, deceased, of Laïla AHAMADA, deceased, and Guardian for Ayad DAOUD, a minor, surviving stepson of Bichara HASSANI, deceased, and surviving half-brother of Yacoub AHAMADA, deceased, of Youssef AHAMADA, deceased, and of Laïla AHAMADA, deceased;
Mariyama ADAME, surviving mother of  Bichara HASSANI, deceased, and surviving grandmother of Yacoub AHAMADA, deceased, of Youssef AHAMADA, deceased, and of Laïla AHAMADA, deceased;
Marie HASSANI, surviving half-sister of  Bichara HASSANI, deceased, and surviving aunt of Yacoub AHAMADA, deceased, of Youssef AHAMADA, deceased, and of Laïla AHAMADA, deceased;
Mohamed HASSANI, surviving brother of  Bichara HASSANI, deceased, and surviving uncle of Yacoub AHAMADA, deceased, Youssef AHAMADA, deceased, and Laïla AHAMADA, deceased;
Bahati HASSANI, surviving sister of  Bichara HASSANI, deceased, and surviving aunt of Yacoub AHAMADA, deceased, Youssef AHAMADA, deceased, and Laïla AHAMADA, deceased;
Chanfi ZENABA HASSANI surviving sister of  Bichara HASSANI, deceased, and surviving aunt of Yacoub AHAMADA, deceased, Youssef AHAMADA, deceased, and Laïla AHAMADA, deceased;
Nassim ASSOUMANI, surviving nephew of Bichara HASSANI, deceased.
Naïm ALI, surviving nephew of Bichara HASSANI, deceased,

Ahamada ISMAEL, surviving husband of Hadidja ALI, deceased;
Mariana MOUSSA surviving mother of  Hadidja ALI, deceased, and guardian for Ibrahim ABDOU, Abdou ABDOU EL ANZIZ and Ali ABDOU, minors, surviving half-brothers of  Hadidja ALI, deceased;
Hassani ALI, surviving father of  Hadidja ALI, deceased, and Guardian for Nafida ALI, a minor, surviving half-siter of Hadidja ALI, and for Rafiki ALI, a minor, surviving half-brother of  Hadidja ALI, deceased;
M'ssa FAHAMOE, surviving grandmother of Hadidja ALI, deceased;
Saïd ALI, surviving brother of Hadidja ALI, deceased;
Sayati ALI, surviving niece of Hadidja ALI, deceased;
Ibrahim ALI, surviving brother of Hadidja ALI, deceased;

Chaïma COLLONGE-ALI, surviving niece of Hadidja ALI, deceased;
Mariata MMADI, surviving half-sister of Hadidja ALI, deceased, and guardian for
Zarianti SALIM, surviving niece of Hadidja ALI, deceased, and Dhoimir
YOUSSOUF, surviving nephew of Hadidja ALI, deceased;
Ahmed HASSANI, surviving half-brother of Hadidja ALI, deceased;
Achata MMADI, surviving of half-sister of Hadidja ALI, deceased;
Adami ALI, surviving half-brother of Hadidja ALI, deceased;
Mariama ALI, surviving half-sister of Hadidja ALI, deceased;
Rabouanti OUSSEINI, surviving half-sister of Hadidja ALI, deceased;
Zahara ALI, surviving half-sister of Hadidja ALI, deceased;
Dhahara OUSSEINI, surviving half-sister of Hadidja ALI, deceased;
Abassi ALI, surviving half-brother of Hadidja ALI, deceased;
Bacar ALI, surviving half-brother of Hadidja ALI, deceased;
Adel ASSANI, surviving half-brother of Hadidja ALI, deceased;
Ibrahim ABDOU, surviving half-brother of Hadidja ALI, deceased;
Ousseine ALI, surviving uncle of Hadidja ALI, deceased;
Fatoumia ALI, surviving aunt of Hadidja ALI, deceased;
Assoumani ALI, surviving uncle of Hadidja ALI, deceased;
Youssouf ALI, surviving uncle of Hadidja ALI, deceased;
Ali Mansssoibou SAID, surviving uncle of Hadidja ALI, deceased;
Ahmed ALI, surviving uncle of Hadidja ALI, deceased;
Mouigni ABDALLAH, surviving uncle of Hadidja ALI, deceased;


Ibrahima KASSIMOU, surviving spouse of Mrahati ALI, deceased; Guardian for
Assiadati KASSIMOU, a minor, surviving daughter of Mrahati ALI, deceased;
Soibirata KASSIMOU, surviving daughter of Mrahati ALI, deceased;
Loutfi KASSIMOU, surviving son of Mrahati ALI, deceased;
Samiati KASSIMOU, surviving daughter of Mrahati ALI, deceased;
Mhoumadi ALI BAMBA, surviving brother of Mrahati ALI, deceased;
Saïd ECHATA, surviving half-sister of Mrahati ALI, deceased, and guardian for
Halima BACAR, Fatima BACAR and Moucharraf BACAR, minors, surviving
nieces of Mrahati ALI, deceased, and for Anrifi BACAR, a minor, surviving nephew
of Mrahati ALI, deceased;
Hassanati Assoumani BACAR, surviving nephew of Mrahati ALI, deceased;
Maoulida BACAR, surviving nephew of Mrahati ALI, deceased;
Moussa Saïd ASSOUMANI, surviving half-brother of Mrahati ALI, deceased;
Youssouf ALI BAMBA, surviving brother of Mrahati ALI, deceased;
Hadji KASSIM, surviving uncle of Mrahati ALI, deceased;


Salima ALI MHOMA, surviving half-sister of Abida ALI MHOMA, deceased, and
surviving aunt of Amir M'SA, deceased, and Rania M'SA, deceased;

Facra ALI, surviving nephew of Abida ALI MHOMA, deceased;
Fatoumia ALI MHOMA, surviving half-sister of Abida ALI MHOMA, deceased, and surviving aunt of Amir M'SA, deceased, and Rania M'SA, deceased;
Noumane MFOUNGOULIE ALI, surviving nephew of Abida ALI MHOMA, deceased;
Nilda ALI, surviving niece of  Abida ALI MHOMA, deceased;
Nabhane MFOUNGOULIE ALI, surviving nephew of Abida ALI MHOMA, deceased;
Naïda MFOUNGOULIE ALI, surviving niece of Abida ALI MHOMA, deceased;
Naïlane MFOUNGOULIE ALI, surviving niece of Abida ALI MHOMA, deceased;
Nassuf ALI MHOMA, surviving brother of Abida ALI MHOMA, deceased, and surviving uncle of Amir M'SA, deceased, and Rania M'SA, deceased;
Said ALI MHOMA, surviving brother of Abida ALI MHOMA, deceased, and surviving uncle of Amir M'SA, deceased, and Rania M'SA, deceased;
Nouria ALI MHOMA, surviving sister of Abida ALI MHOMA, deceased, and surviving aunt of Amir M'SA, deceased, and Rania M'SA, deceased;
Anrifa ALI MHOMA, surviving sister of Abida ALI MHOMA, deceased, and surviving aunt of Amir M'SA, deceased, and Rania M'SA, deceased;
 Izdine ALI MHOMA, surviving brother of Abida ALI MHOMA, deceased, and surviving uncle of Amir M'AS, deceased, and Rania M'AS, deceased;
Toihir ALI MHOMA, surviving brother of Abida ALI MHOMA, deceased, and surviving uncle of Amir M'SA, deceased, and Rania M'SA, deceased;
Ahamada ISSIMAILA, surviving uncle of Abida ALI MHOMA, deceased;
Dhoihara SAID, surviving aunt of Abida ALI MHOMA, deceased;
Moiroumoidrou MOHAMED AHAMADA, surviving uncle of Abida ALI MHOMA, deceased; Fatima SAID MMADI, surviving aunt of Abida ALI MHOMA, deceased;
Arafa SAID MMADI, surviving aunt of Abida ALI MHOMA, deceased;
Hissani SAID MMADI, surviving aunt of Abida ALI MHOMA, deceased;
Said Mmadi MOUSSA, surviving aunt of Abida ALI MHOMA, deceased;

Baraka HASSANI surviving domestic partner of  Brinod BEURARD, deceased; and Guardian for Chaïma BEURARD, a minor, surviving daughter of Brinod BEURARD, deceased, for Bachard BEURARD, a minor, surviving son of Brinod BEURARD, deceased, and for Nadjma BEURARD, a minor, surviving daughter of Brinod BEURARD, deceased;
Bacard BEURARD, surviving son of Brinod BEURARD, deceased;
Amina ASANY surviving sister-in-law of Brinod BEURARD, deceased, and Guardian for both Zaoudjati BEURARD and Hadidja BEURARD, minors, surviving daughters of Brinod BEURARD, deceased;
Bichard BEURARD, surviving daughter of Brinod BEURARD, deceased;
Haïrati BEURARD, surviving daughter of Brinod BEURARD, deceased;

Hafoussoi BEURARD, surviving daughter of Brinod BEURARD, deceased;
Maria YOUSSOUFA surviving former domestic partner of Brinod BEURARD,
deceased;  and Guardian for both Loubna BEURARD and Rouwaïda BEURARD,
minors,  surviving daughters  of  Brinod BEURARD, deceased;
Ali Hadji HASSANI, surviving brother-in-law of Brinod BEURARD, deceased, and
guardian for Zaoudja BEURARD, a minor, surviving daughter of  Brinod
BEURARD, deceased;

Moinsufa ALI ISMAILA, surviving domestic partner of Adam DAROUECHI,
deceased, and Guardian for Moudjib DAROUECHI, a minor, surviving son of
Adam DAROUECHI, deceased; Boina FATIMA, surviving mother of Adam
DAROUECHI, deceased;
Simaila DHOURIA, surviving grandmother of Adam DAROUECHI, deceased;
Mohamed AHAMADA, surviving brother of Adam DAROUECHI, deceased;
Roukia AHAMADA, surviving sister of Adam DAROUECHI, deceased;
Aboubacar DAROUECHE, surviving brother of Adam DAROUECHI, deceased;
Taoufik ABOUBACAR, surviving nephew of Adam DAROUECHI, deceased;
Issa AHAMADA, surviving brother of Adam DAROUECHI, deceased, and
Guardian for Fahadad AHAMADA, Souanti AHAMADA and Houdnati HAMADA,
minors, surviving nieces of Adam DAROUECHI, deceased;
Mariama ALI ISMAILA, surviving sister of Adam DAROUECHI, deceased, and
Guardian for Chamira-Zara ALI ISMAILA, a minor, surviving niece of Adam
DAROUECHI, deceased, and for Chadadna ALI ISMAILA, Al-Moubajal ALI
ISMAILA and Mehrane AHAMADA ALI RAFIOU, a minor, surviving nephews of
Adam DAROUECHI, deceased;
Hadidja AHAMADA DAROUECHI, surviving sister of Adam DAROUECHI,
deceased, and Guardian for Irfane ALIAZIRI DAROUECHI, a minor, surviving
nephew of Adam DAROUECHI, deceased;
Mariama AHAMADA DAROUECHI, surviving sister of Adam DAROUECHI,
deceased, and Guardian for Kailane YOUSSOUFA, a minor, surviving nephew of
Adam DAROUECHI, deceased, and for Tasnim AHAMADA DAROUECHI, a
minor, surviving niece of  Adam DAROUECHI, deceased;
Daroueche AHAMADA, surviving brother of Adam DAROUECHI, deceased, and
Guardian for Abdallah DAROUECHE, a minor, surviving nephew of Adam
DAROUECHI, deceased; Moinamina AHMED CHISSI, surviving sister of Adam
DAROUECHI, deceased;
Hadidja AHAMADA DAROUECHI, surviving sister of Adam DAROUECHI,
deceased; Mohamed Djouneidi AHAMADA, surviving half-brother of  Adam
DAROUECHI, deceased; Arfadjata AHAMADA, surviving sister of  Adam
DAROUECHI, deceased;
Boina YOUSSOUF, surviving uncle of Adam DAROUECHI, deceased;
Mariama BOINA, surviving aunt of Adam DAROUECHI, deceased;

Bointamou MOUSSA, surviving uncle of Adam DAROUECHI, deceased;
Abdallah BOINA, surviving uncle of Adam DAROUECHI, deceased;
Said MOHAMED, surviving cousin of Adam DAROUECHI, deceased;

Allaouia SAID MOHAMED, surviving sister of Anziza DJAE, deceased, and surviving aunt of Samiat DJAE, deceased, of Mountassouim DJAE, deceased, and of Djuraïdj DJAE, deceased;
Sania BOINA, surviving sister of Anziza DJAE, deceased, and surviving aunt of Samiat DJAE, deceased, of Mountassouim DJAE, deceased, and of Djuraïdj DJAE, deceased;
Moussa Mhoudini BOINA BOINA, surviving brother of Anziza DJAE, deceased, and surviving uncle of Samiat DJAE, deceased, of Mountassouim DJAE, deceased, and of Djuraïdj DJAE, deceased;
Sitti BOINA, surviving sister of Anziza DJAE, deceased, and surviving aunt of Samiat DJAE, deceased, of Mountassouim DJAE, deceased, and of Djuraïdj DJAE, deceased;
Abdremane BOINA BOINA, surviving brother of Anziza DJAE, deceased, and surviving uncle of Samiat DJAE, deceased, of Mountassouim DJAE, deceased, and of Djuraïdj DJAE, deceased;

Mansour DJAMBAE, surviving son of Hamidou DJAMBAE, deceased, and Guardian for Ida ATTOUMANI, a minor, surviving granddaughter of Hamidou DJAMBAE, deceased;
Eddy ATTOUMANI, surviving grandson of Hamidou DJAMBAE, deceased;
Zaharia DJAMBAE, surviving daughter of Hamidou DJAMBAE, deceased;
Ali DJAMBAE, surviving son of Hamidou DJAMBAE, deceased, and Guardian for Mihidjay DJAMBAE HAMIDOU, a minor, surviving grandson of Hamidou DJAMBAE, deceased;
Said DJAMBAE HAMIDOU, surviving son of Hamidou DJAMBAE, deceased;
Afoussa DJAMBAE HAMIDOU, surviving daughter of Hamidou DJAMBAE, deceased, and Guardian for both Mirhane Madjid BACHIROU and Madjid Anzelene NDRAMISOLO, minors, surviving grandsons of Hamidou DJAMBAE, deceased;
Madi HAMIDOU, surviving brother of Hamidou DJAMBAE, deceased;
Aboudou HAMIDOU CHIOUMBE, surviving brother of Hamidou DJAMBAE, deceased; Fatima HAMIDOU, surviving sister of Hamidou DJAMBAE, deceased;
Said ASSOUMANI, surviving nephew of Hamidou DJAMBAE, deceased;
Zainaba ASSOUMANI, surviving niece of Hamidou DJAMBAE, deceased;
Hassani ASSOUMANI, surviving nephew of Hamidou DJAMBAE, deceased;
Assoumani ALI, surviving nephew of Hamidou DJAMBAE, deceased;
Ali RIAMA, surviving half-sister of Hamidou DJAMBAE, deceased;

Mariama SOULE, surviving spouse of Ali HAMIDOU, deceased;

Hassani ASSOUMANI, surviving husband of Salima HASSANI ASSOUMANI, deceased;

Marie OUMAR, surviving daughter of  Salima HASSANI ASSOUMANI, deceased, and surviving sister of Youssouf MHOUMADI IBRAHIM, deceased, and Guardian for both Nakyssa MOHAMED ABDOU and Inaya M'ZE, minors, surviving granddaughters of Salima HASSANI ASSOUMANI, deceased, and surviving nieces of Youssouf MHOUMADI IBRAHIM, deceased;

Anastasia M'ZE, surviving granddaughter of  Salima HASSANI ASSOUMANI, deceased; and surviving niece of Youssouf MHOUMADI IBRAHIM, deceased;

Swadry ALI, surviving grandson of  Salima HASSANI ASSOUMANI, deceased, and surviving nephew of of Youssouf MHOUMADI IBRAHIM, deceased;

Fatima OUMAR, surviving daughter of  Salima HASSANI ASSOUMANI, deceased, and surviving sister of Youssouf MHOUMADI IBRAHIM, deceased, and Guardian for Soulayman RIBIER, a minor, surviving grandson of Salima HASSANI ASSOUMANI, deceased, and surviving nephew of Youssouf MHOUMADI IBRAHIM, deceased;

Fardanouar OUMAR,  surviving grandson of  Salima HASSANI ASSOUMANI, deceased, and surviving nephew of Youssouf MHOUMADI IBRAHIM, deceased;

Assila AHAMADA, surviving sister of  Salima HASSANI ASSOUMANI, deceased; and surviving aunt of Youssouf MHOUMADI IBRAHIM, deceased;

Youssouf AHAMADA surviving brother of Salima HASSANI ASSOUMANI, deceased; and surviving uncle of Youssouf MHOUMADI IBRAHIM, deceased;

Rabouant YOUSSOUF AHAMADA surviving niece of Salima HASSANI ASSOUMANI, deceased;

Said HALIFA surviving son of  Mariama IBOUROI MOHAMED, deceased, and Guardian for both Noura HALIFA and Nadhuma HALIFA, minors, surviving granddaughters of Mariama IBOUROI MOHAMED, deceased, and for Nourdine HALIFA, a minor, surviving grandson of Mariama IBOUROI MOHAMED, deceased;

Mayssara SAID ABDALLAH, surviving daughter of Mariama IBOUROI MOHAMED, deceased, and Guardian for Fakri SAID, a minor, surviving grandson of Mariama IBOUROI MOHAMED, deceased;

Mina SAID ALI surviving granddaughter of Mariama IBOUROI MOHAMED, deceased;

Abdouroihamane M'MADI BOINA, surviving grandson of Mariama IBOUROI MOHAMED, deceased;

Toihir HALIFA, surviving grandson of Mariama IBOUROI MOHAMED, deceased;

Fahimat HALIFA, surviving granddaughter of Mariama IBOUROI MOHAMED, deceased;

Samir HALIFA, surviving grandson of Mariama IBOUROI MOHAMED, deceased;

Abdallah HALIFA, surviving grandson of Mariama IBOUROI MOHAMED, deceased, and Guardian for Alya ALIFA, a minor, surviving great-granddaughter of Mariama IBOUROI MOHAMED, deceased;

Mouznat HALIFA, surviving granddaughter of Mariama IBOUROI MOHAMED, deceased;

Housnat HALIFA, surviving granddaughter of Mariama IBOUROI MOHAMED, deceased;

Famida HALIFA, surviving granddaughter of Mariama IBOUROI MOHAMED, deceased;

Hayiria HALIFA, surviving granddaughter of Mariama IBOUROI MOHAMED, deceased;

Chami SAID ALI, surviving grandson of Mariama IBOUROI MOHAMED, deceased;

Anrifa HALIFA, surviving daughter of Mariama IBOUROI MOHAMED, deceased, and Guardian for Ahamed SAFAOUI, a minor, surviving grandson of  Mariama IBOUROI MOHAMED, deceased;

Toiyifani HALIFA, surviving grandson of Mariama IBOUROI MOHAMED, deceased;

Zainaba IBOUROI, surviving niece of Mariama IBOUROI MOHAMED, deceased;

Hadjira ALI DJAE, surviving niece of Mariama IBOUROI MOHAMED, deceased;

Mariama IBOUROI, surviving niece of Mariama IBOUROI MOHAMED, deceased;

Mohamed MLINDASSE, surviving father of Mlindassé IBRAHIMA MOHAMED, deceased;

Ahmed MOHAMED, surviving brother of Mlindassé IBRAHIMA MOHAMED, deceased, and Guardian for Oulfia AHAMED MOHAMED, a minor, surviving niece of Mlindassé IBRAHIMA MOHAMED, deceased;

Hachimia AHMED MOHAMED, surviving niece of Mlindassé IBRAHIMA MOHAMED, deceased;

Fatima MOHAMED, surviving sister of Mlindassé IBRAHIMA MOHAMED, deceased;

Ali ABOUBACAR, surviving brother of Mlindassé IBRAHIMA MOHAMED, deceased;

Fatoumia MOHAMED, surviving sister of Mlindassé IBRAHIMA MOHAMED, deceased;

Aminata MOHAMED, surviving sister of Mlindassé IBRAHIMA MOHAMED, deceased, and Guardian for Chaïmata AHMED, a minor, surviving niece of Mlindassé IBRAHIMA MOHAMED, deceased;

Mohamed ABDOULWAHAB, surviving cousin of Mlindassé IBRAHIMA MOHAMED, deceased;

Moindjie ALI, surviving father of Annie IBRAHIMA, deceased, and surviving grandfather of Amine IBRAHIMA, deceased, and Guardian for Mohamed Moindjie ALI, a minor, surviving half-brother of Annie IBRAHIMA, deceased, and surviving uncle of Amine IBRAHIMA, deceased;

Nourdine Moindjie ALI, surviving half-brother of Annie IBRAHIMA, deceased, and surviving uncle of Amine IBRAHIMA, deceased;

Youssouf Moindjie ALI, surviving half-brother of Annie IBRAHIMA, deceased, and surviving uncle of Amine IBRAHIMA, deceased;

Ben Hassan ALI, surviving half-brother of Annie IBRAHIMA, deceased, and surviving uncle of Amine IBRAHIMA, deceased;

Moinaecha MMADI, surviving former domestic partner of Ahamada IZIDINE, deceased; and Guardian for Nazad MMADI, a minor, surviving son of Ahamada IZIDINE, deceased, and for Natacha HASSANI, a minor, surviving step daughter of Ahamada IZIDINE, deceased;

Camarade CHAHAHE, surviving brother of Ahamada IZIDINE, deceased;

Camaradi MOINOUROU, surviving niece of Ahamada IZIDINE, deceased;

Armia CAMARADE, surviving niece of Ahamada IZIDINE, deceased;

Hadidja CAMARADE, surviving niece of Ahamada IZIDINE, deceased;

Mmadi CHAHAHE, surviving brother of Ahamada IZIDINE, deceased;

Hassanati MMADI, surviving nephew of Ahamada IZIDINE, deceased;

Zalhata CHAHAHE, surviving sister of Ahamada IZIDINE, deceased;

Soifia MOHAMED, surviving niece of Ahamada IZIDINE, deceased;

Ali MOHAMED, surviving nephew of Ahamada IZIDINE, deceased;

Abdoulkarim MMADI, surviving nephew of Ahamada IZIDINE, deceased;

Anzid MMADI, surviving nephew of Ahamada IZIDINE, deceased;

Anziadi MMADI, surviving nephew of Ahamada IZIDINE, deceased;

Hamidou CHAHAHE, surviving brother of Ahamada IZIDINE, deceased;

Nafissa AHAMADA, surviving sister of Ahamada IZIDINE, deceased;

Amirdine HASSANI, surviving nephew of Ahamada IZIDINE, deceased;

Mhousseine HASSANI HAMAD, surviving nephew of Ahamada IZIDINE, deceased;

Thoueiba HASSANI, surviving niece of Ahamada IZIDINE, deceased;

Ahamada Tabibou AHAMADA ALI, surviving brother of Ahamada IZIDINE, deceased;

Anrafa MADI, surviving religious spouse of Ahamada IZIDINE, deceased, and Guardian for Shayna IZIDINE, a minor, surviving daughter of Ahamada IZIDINE, deceased;

Moinaécha ALI, surviving mother of Sophie MAHAMOUD, deceased, and Guardian for Loutphia BOINAHASSANI, a minor, surviving half-sister of Sophie MAHAMOUD, deceased, and for Mahmoud BOINAHASSANI, for Absoirt Saïd

Massor BOINAHASSANI and for Nizard Abdoul-Heiri Elbousry
BOINAHASSANI, minors, surviving half-brothers of Sophie MAHAMOUD,
deceased;
Hadia NASSOR, surviving grandmother of Sophie MAHAMOUD, deceased;
Karima MAHAMOUD, surviving sister of Sophie MAHAMOUD, deceased;

Kalathoumi MOUSSA, surviving former wife of Saïd MHOUMADI, deceased;
Dawia MHOUMADI, surviving daughter of Saïd MHOUMADI, deceased;
Hamza MHOUMADI, surviving son of Saïd MHOUMADI, deceased;
Mariama Mousna MHOUMADI, surviving daughter of Saïd MHOUMADI,
deceased;
Zoulayka MHOUMADI, surviving daughter of Saïd MHOUMADI, deceased;
Mariama AHAMADA surviving former domestic partner of Saïd MHOUMADI,
deceased, and Guardian for Yasmina MARIAMA AHAMADA, a minor, surviving
daughter of  Saïd MHOUMADI, deceased;
Hadidja AHAMADA, surviving mother of Saïd MHOUMADI, deceased;
Fatima AHAMADA, surviving half-sister of Saïd MHOUMADI, deceased;
Ali MHOUMADI, surviving brother of Saïd MHOUMADI, deceased;
Zainaba MHOUMADI, surviving sister of Saïd MHOUMADI, deceased;
Chakira MHOUMADI, surviving brother of Saïd MHOUMADI, deceased;
Fatima AHMED BEN, surviving sister of Saïd MHOUMADI, deceased;
Ramletou MHOUMADI, surviving sister of Saïd MHOUMADI, deceased;
Djaanfar MHOUMADI, surviving brother of Saïd MHOUMADI, deceased;
Omar MHOUMADI, surviving brother of Saïd MHOUMADI, deceased;
Dahalani MHOUMADI, surviving brother of Saïd MHOUMADI, deceased;
Maoulida MHOUMADI, surviving son of Saïd MHOUMADI, deceased;
Elarif MHOUMADI, surviving son of Saïd MHOUMADI, deceased;
Safarie MHOUMADI, surviving daughter of Saïd MHOUMADI, deceased;
Halima M'HOUMADI, surviving daughter of Saïd MHOUMADI, deceased;
Youssouf M'HOUMADI, surviving son of Saïd MHOUMADI, deceased;
Abdallah M'HOUMADI, surviving son of Saïd MHOUMADI, deceased;
Hamza M'HOUMADI, surviving son of Saïd MHOUMADI, deceased;

Saïd M'LAMALI, surviving father of Samir M'LAMALI deceased;
Nassuria MMADI, surviving daughter of Ahamada MMADI MASSIMIA, deceased,
and Zalhata MMADI, deceased, and surviving sister of Samir M'LAMALI,
deceased;
Fatima YOUSSOUF, surviving sister of Zalhata MMADI, deceased, and surviving
aunt of Samir M'LAMALI deceased, and Guardian for  both Arsoiti MMADI and
Asma MMADI, minors, surviving daughters of Ahamada MMADI MASSIMIA,
deceased, and of Zalhata MMADI, deceased, and surviving sisters of Samir
M'LAMALI, and Guardian for Nakida YOUSSOUF, a minor, surviving niece of

Zalhata MMADI, deceased, and for both Naïm YOUSSOUF and for Riad YOUSSOUF, minors, surviving nephews of Zalhata MMADI, deceased;

Mlimi MMADI, surviving father of Zalhata MMADI, deceased, and surviving grandfather of Samir M'LAMALI deceased;

Mariama SAIDOU, surviving mother of Zalhata MMADI, deceased, and surviving grandmother of Samir M'LAMALI deceased;

Mmadi AMINA, surviving half-sister of Zalhata MMADI, deceased, and surviving aunt of Samir M'LAMALI deceased;

Nayida YOUSSOUF, surviving niece of Zalhata MMADI, deceased;

Naïm YOUSSOUF, surviving nephew of Zalhata MMADI, deceased;

Mmadi Mlimi MOUSSA, surviving brother of Zalhata MMADI, deceased, and surviving uncle of Samir M'LAMALI, deceased;

Anzilati ALI, surviving domestic partner of Ahamada MMADI MASSIMIA, deceased, and Guardian for El Amine ALI ANZILATI, a minor, surviving son of Ahamada MMADI MASSIMIA, deceased;

Bossury Ali ABOUDOU, surviving domestic partner of Nassabiat MMADI, deceased;

Aliata ABOUDOU, surviving daughter of Nassabiat MMADI, deceased, and Guardian for both Jassim SAID and Raiyhan SAID, minors, surviving grandsons of Nassabiat MMADI, deceased; Asfata ABOUDOU surviving daughter of Nassabiat MMADI, deceased, and Guardian for Imane SAADI, a minor, surviving granddaughter of Nassabiat MMADI, deceased;

Asdjad ABOUDOU, surviving daughter of Nassabiat MMADI, deceased;

Azlat ABOUDOU, surviving daughter of Nassabiat MMADI, deceased;

Elansware ABOUDOU, surviving son of Nassabiat MMADI, deceased;

Hassani HALIMA, surviving aunt of Nassabiat MMADI, deceased;

Marie MMADI, surviving mother of Houssamdine MMADI, deceased, of Laila MMADI, deceased, and of Chahrazade MMADI, deceased;

Arbabidine MMADI, surviving brother of Houssamdine MMADI, deceased, of Laila MMADI, deceased, and of Chahrazade MMADI, deceased;

Alicia MMADI, surviving niece of Houssamdine MMADI, deceased, of Laila MMADI, deceased, and of Chahrazade MMADI, deceased;

Moinaecha MMADI IBOUROI, surviving half-sister of Houssamdine MMADI, deceased, of Laila MMADI, deceased, of Chahrazade MMADI, deceased and of Zhalata YOUSSOUF, deceased, and surviving aunt of both Ali MOGNI, deceased, and Roukia MOGNI, deceased;

Abdoul AMED, surviving nephew of Houssamdine MMADI, deceased, of Laila MMADI, deceased, of Chahrazade MMADI, deceased, and of Zhalata YOUSSOUF, deceased;

Hassani Farahati AHMED, surviving niece of Houssamdine MMADI, deceased, of

Laila MMADI, deceased, of Chahrazade MMADI, deceased, and of Zhalata YOUSSOUF, deceased;

Razania AHMED HASSANI, surviving niece of Houssamdine MMADI, deceased, of Laila MMADI, deceased, of Chahrazade MMADI, deceased, and of Zhalata YOUSSOUF, deceased;

Hassani Ratua AHMED, surviving niece of Houssamdine MMADI, deceased, of Laila MMADI, deceased, of Chahrazade MMADI, deceased, and of Zhalata YOUSSOUF, deceased;

Amra MOUSTADRANI, surviving niece of Houssamdine MMADI, deceased, of Laila MMADI, deceased, of Chahrazade MMADI, deceased, and of Zhalata YOUSSOUF, deceased;

Ramla MOUSTADRANI, surviving niece of Houssamdine MMADI, deceased, of Laila MMADI, deceased, of Chahrazade MMADI, deceased, and of Zhalata YOUSSOUF, deceased;

Mohamed AHAMADA, surviving husband of Laila MMADI, deceased;

Ali MOGNI M'ZE, surviving husband of Zalhata YOUSSOUF, deceased, and surviving father of both Ali MOGNI, deceased, and Roukia MOGNI, deceased;

Hadidja MOGNI, surviving daughter of Zalhata YOUSSOUF, deceased, and surviving sister of both  Ali MOGNI, deceased, and Roukia MOGNI, deceased;

Ibrahim MOGNI, surviving son of Zalhata YOUSSOUF, deceased, and surviving brother of  both Ali MOGNI, deceased, and Roukia MOGNI, deceased, and Guardian for Khalyssa MOGNI SAIDOU, a minor, surviving granddaughter of Zalhata YOUSSOUF, deceased, and surviving niece of both Ali MOGNI, deceased, and Roukia MOGNI, deceased;

Moinaecha MMADI, surviving mother of Zalhata YOUSSOUF, deceased, and surviving grandmother of both Ali MOGNI, deceased, and Roukia MOGNI, deceased;

Ahmed MOHAMED, surviving brother of Zalhata YOUSSOUF, deceased, and surviving uncle of both Ali MOGNI, deceased, and Roukia MOGNI, deceased;

Farida MADI-CORODJI, surviving sister-in-law of Zalhata YOUSSOUF, deceased, and surviving aunt of both Ali MOGNI, deceased, and Roukia MOGNI, deceased;

Marie YOUSSOUF, surviving sister of Zalhata YOUSSOUF, deceased, and surviving aunt of both Ali MOGNI, deceased, and Roukia MOGNI, deceased;

Anfia YOUSSOUF, surviving sister of Zalhata YOUSSOUF, deceased, and surviving aunt of both Ali MOGNI, deceased, and Roukia MOGNI, deceased;

Mariata YOUSSOUF, surviving sister of Zalhata YOUSSOUF, deceased, and surviving aunt of both Ali MOGNI, deceased, and Roukia MOGNI, deceased;

Miad-Dine SOULE, surviving nephew of Zalhata YOUSSOUF, deceased;

Nadhir-Dine SOULE, surviving nephew of Zalhata YOUSSOUF, deceased;

Naïnourou SOULE, surviving niece of Zalhata YOUSSOUF, deceased;

Makin SOULE, surviving nephew of Zalhata YOUSSOUF, deceased;

Mohamed M'ZE ALI MOUIGNI, surviving half-brother of both Ali MOGNI,

deceased, and Roukia MOGNI, deceased;
MOHAMED Saïd, surviving uncle of Zalhata YOUSSOUF, deceased;

Moinaecha BACAR, surviving of Abdou Saïd MOHAMED deceased; and Guardian for both Maria MOHAMED, a minor, surviving daughter of Abdou Saïd MOHAMED, deceased, and Elamine MOHAMED, a minor, surviving son of Abdou Saïd MOHAMED, deceased;
Oumie MOHAMED, surviving daughter of Abdou Saïd MOHAMED, deceased;
Houda MOHAMED, surviving son of Abdou Saïd MOHAMED, deceased;
Houdouria MOHAMED, surviving daughter of Abdou Saïd MOHAMED, deceased;
Ali Saïd MOHAMED, surviving brother of Abdou Saïd MOHAMED deceased, and Guardian for Fatima MOHAMED, a minor, surviving daughter of Abdou Saïd MOHAMED, deceased, for Alim MOHAMED, a minor, surviving son of Abdou Saïd MOHAMED, deceased, and for Haïria MOHAMED, Moin-Sandat MOHAMED, Salwa MOHAMED, Bahati MOHAMED and Baraka MOHAMED, minors, surviving nieces of Abdou Saïd MOHAMED, deceased, and for Farouk MOHAMED, Idjihadi MOHAMED, Walid MOHAMED and Abdou Said MOHAMED, minors, surviving nephews of Abdou Saïd MOHAMED, deceased;
Maoulida MOHAMED, surviving son of Abdou Saïd MOHAMED, deceased;
Dimachi MOHAMED, surviving son of Abdou Saïd MOHAMED, deceased;
Saïd MOHAMED, surviving father of Abdou Saïd MOHAMED, deceased;
Mariama Saïd MOHAMED, surviving sister of Abdou Saïd MOHAMED, deceased;
Amé SOULE, surviving nephew of Abdou Saïd MOHAMED, deceased;
Soeifou SOULE, surviving nephew of Abdou Saïd MOHAMED, deceased;
Oumrati SOULE, surviving niece of Abdou Saïd MOHAMED, deceased;
Houssamou SOULE, surviving nephew of Abdou Saïd MOHAMED, deceased;
Bertina SOULE, surviving niece of Abdou Saïd MOHAMED, deceased;
Boina MOHAMED, surviving nephew of Abdou Saïd MOHAMED, deceased;
Amerdine MOHAMED, surviving nephew of Abdou Saïd MOHAMED, deceased;
Soeifoudine MOHAMED, surviving nephew of Abdou Saïd MOHAMED deceased;
Lidan MOHAMED, surviving nephew of Abdou Saïd MOHAMED, deceased;
Ibrahim MOHAMED, surviving nephew of Abdou Saïd MOHAMED, deceased;
Mugni Saïd MOHAMED, surviving brother of Abdou Saïd MOHAMED, deceased;
Youssouf Saïd MOHAMED, surviving brother of Abdou Saïd MOHAMED, deceased;
Moussa Saïd MOHAMED, surviving brother of Abdou Saïd MOHAMED, deceased;
Moumine Said MOHAMED, surviving brother of Abdou Saïd MOHAMED, deceased;
Roukia Saïd MOHAMED, surviving sister of Abdou Saïd MOHAMED, deceased;
Antua Saïd MOHAMED, surviving sister of Abdou Saïd MOHAMED, deceased;
Kassime SAIDOU MOHAMED, surviving bother Abdou Saïd MOHAMED,

deceased;

Mohamed SAID MOHAMED, surviving brother of Abdou Saïd MOHAMED, deceased;

Djoumoi Saïd MOHAMED, surviving brother of Abdou Saïd MOHAMED, deceased;

Rachidi SOULAIMANA, surviving uncle of Abdou Saïd MOHAMED, deceased;

Ahmed Ali MOGNI, surviving domestic partner of Bichara MOHAMED, deceased;
Anrfata MOHAMED, surviving daughter of Bichara MOHAMED, deceased;
Youssouf MOHAMED, surviving son of Bichara MOHAMED, deceased;
Zaina MOHAMED, surviving daughter of Bichara MOHAMED, deceased;
Hadjira MOHAMED, surviving sister of Bichara MOHAMED, deceased;
Mariama MOHAMED, surviving sister of Bichara MOHAMED, deceased;

Zaharat SAID HACHIME, surviving sister of Ahmed Ali MOHAMED MFOIHAYA, deceased;

Hafoussoita SAID ALI, surviving wife of  Hamadi SALIM, deceased, and Guardian of Litem for both Barilla SALIM and Zouwairia SALIM, minors, surviving daughters of  Hamadi SALIM, deceased;
Saîlata SALIM, surviving daughter of Hamadi SALIM, deceased;
Soibrati SALIM, surviving daughter of Hamadi SALIM, deceased;
Hassani ABDOULHAMID, surviving stepson of Hamadi SALIM, deceased;
Fatuihia SALIM, surviving daughter of Hamadi SALIM, deceased;
Hachim SALIM, surviving son of Hamadi SALIM, deceased;
Amina SALIM, surviving daughter of Hamadi SALIM, deceased;
Saïd SALIM, surviving son of Hamadi SALIM, deceased;
Salim Marie FATIMA-SALIM, surviving sister of Hamadi SALIM, deceased;
Said Hassani MARIAMA, surviving niece of Hamadi SALIM, deceased;
Said Hassani KASSIME, surviving nephew of Hamadi SALIM, deceased;
Said Hassani MOINADJOUMOI, surviving niece of Hamadi SALIM, deceased;
Said Hassani MOHAMED, surviving nephew of Hamadi SALIM, deceased;
Said Hassani MAHAMOUD, surviving nephew of Hamadi SALIM, deceased;
Said Hassani ABOUBACAR, surviving nephew of Hamadi SALIM, deceased;
Said Hassani SALIM, surviving nephew of Hamadi SALIM, deceased;
Hamadi SOULE, surviving uncle of Hamadi SALIM, deceased;
ABDOULKARIM Kassim, surviving next of kin of Hamadi SALIM, deceased;

Assimari SOILIHI, surviving wife of Abdou SOILIHI, deceased, and Guardian for Aicha SOILIHI, a minor, surviving daughter of Abdou SOILIHI, deceased;
Housseme SOILIHI, surviving son of Abdou SOILIHI, deceased, and Guardian for both Idriss MZIMBA and Hylane SOILIHI, minors, surviving grandsons of Abdou

SOILIHI, deceased, and for Maliana SOILIHI, a minor, surviving granddaughter of Abdou SOILIHI, deceased;

Ahmed SOILIHI surviving son of Abdou SOILIHI, deceased, and Guardian for Mélina SOILIHI, a minor, surviving granddaughter of Abdou SOILIHI, deceased;

Abdillah SOILIHI, surviving son of Abdou SOILIHI, deceased;

Thoueibat SOILIHI, surviving daughter of Abdou SOILIHI, deceased;

Samarate SOILIHI surviving daughter of Abdou SOILIHI, deceased, and Guardian for Maïssara ZAKARIA, a a minor, surviving granddaughter of Abdou SOILIHI, deceased;

Wassilat SOILIHI, surviving daughter of Abdou SOILIHI, deceased;

Oumi-Mariama SOILIHI, surviving daughter of Abdou SOILIHI, deceased;

Oumkoulsoum SOILIHI, surviving daughter of Abdou SOILIHI, deceased;

Moinaecha SOILIHI, surviving sister of Abdou SOILIHI, deceased;

Fatima ISSA BOINA, surviving niece of Abdou SOILIHI, deceased;

Djambaé ISSA, surviving nephew of Abdou SOILIHI, deceased;

Ali SOILIHI, surviving brother of Abdou SOILIHI, deceased;

Zainaba SOILIHI, surviving sister of Abdou SOILIHI, deceased;

Mohamed MRIKAOU, surviving nephew of Abdou SOILIHI, deceased;

Mariama MRIKAOU, surviving niece of Abdou SOILIHI, deceased;

Ben-Chanfi MRIKAOU, surviving nephew of Abdou SOILIHI, deceased;

Maliza MRIKAOU, surviving niece of Abdou SOILIHI, deceased;

Saïd Mohamed SIAKA, surviving half-brother of Abdou SOILIHI, deceased;

Soilihi M'MADI, surviving brother of Abdou SOILIHI, deceased;

Ismaïla MMADI, surviving nephew of Abdou SOILIHI, deceased;

Assiata SOILIHI, surviving sister of Abdou SOILIHI, deceased;

Mbariki SOILIHI, surviving half-sister of Abdou SOILIHI, deceased;

Nachirata SOILIHI YAHAYA, surviving sister of Abdou SOILIHI, deceased;

Maoulida SOILIHI, surviving sister of Abdou SOILIHI, deceased;

Rouwaïda ABDALLAH, surviving niece of Abdou SOILIHI, deceased;

Machouhouli SOILIHI, surviving half-brother of Abdou SOILIHI, deceased;

Roukia SOILIHI, surviving sister of Abdou SOILIHI, deceased;

Mkaya YOUSSOUFA, surviving wife of Moussa Youssouf SOULE, deceased;

Natali SOULE surviving religious spouse of Dhoifir ABDOU, deceased, and surviving daughter of Moussa Youssouf SOULE, deceased; and Guardian for Lila Meriame ABDOU, Lala Salma ABDOU and Moulaïla ABDOU, minors, surviving daughters of Dhoifir ABDOU, deceased, and surviving granddautghters of Moussa Youssouf SOULE, deceased;

Ahmed SOULE, surviving son of Moussa Youssouf SOULE, deceased;

Hairati SOULE, surviving daughter of Moussa Youssouf SOULE, deceased;

Anlia SOULE surviving daughter of Moussa Youssouf SOULE, deceased, and Guardian for

Malcolm SAID, a minor, surviving grandson of Moussa Youssouf SOULE, deceased;

Mohamed SOULE, surviving son of Moussa Youssouf SOULE, deceased;

Rahamia SOULE, surviving daughter of Moussa Youssouf SOULE, deceased;

Ibrahim SAID, surviving half-brother of Moussa Youssouf SOULE, deceased, and Guardian for

Nissoita SAID, Salmata SAID and Achfaou SAID, minors, surviving nieces of Moussa Youssouf SOULE, deceased;

Ali SAID, surviving nephew of Moussa Youssouf SOULE, deceased;

Abdoulatuf SAID, surviving nephew of Moussa Youssouf SOULE, deceased;

Abdoulghafour SAID, surviving nephewof Moussa Youssouf SOULE, deceased;

Nassibata SAID, surviving niece of Moussa Youssouf SOULE, deceased;

Mohamed SAID, surviving nephew of Moussa Youssouf SOULE, deceased;

Fatima SAID, surviving niece of Moussa Youssouf SOULE, deceased;

Hafsoita SAID, surviving niece of Moussa Youssouf SOULE, deceased;

Zalfaou SAID, surviving niece of Moussa Youssouf SOULE, deceased;

Attoumani Youssouf SOULE, surviving brother of Moussa Youssouf SOULE, deceased;

Ahmed YOUSSOUF, surviving brother of Moussa Youssouf SOULE, deceased, and Guardian for Abdou YOUSSOUF and Mohamed YOUSSOUF, minors, surviving nephews of Moussa Youssouf SOULE, deceased, and for both Housni YOUSSOUF and Ayouba YOUSSOUF, minors, surviving nieces of Moussa Youssouf SOULE, deceased;

Amina YOUSSOUF, surviving niece of Moussa Youssouf SOULE, deceased;

Fahamia YOUSSOUF, surviving niece of Moussa Youssouf SOULE, deceased;

Abdillah YOUSSOUF, surviving nephew of Moussa Youssouf SOULE, deceased;

Youssouf BACAR, surviving brother of Moussa Youssouf SOULE, deceased, and Guardian for both Nakib YOUSSOUF and Nasser YOUSSOUF, minors, surviving nephews of Moussa Youssouf SOULE, deceased, and for Raida BACAR, Rouoïida BACAR and Baraka BACAR, minors, surviving nieces of Moussa Youssouf SOULE, deceased;

Nadjim YOUSSOUF, surviving nephew of Moussa Youssouf SOULE, deceased;

Kassim YOUSSOUF, surviving brother of Moussa Youssouf SOULE, deceased;

Chamssi YOUSSOUF SOULE, surviving sister of Moussa Youssouf SOULE, deceased;

Mohamed YOUSSOUF, surviving brother of Moussa Youssouf SOULE, deceased;

Said Ibrahim MOHAMED SAID, surviving next of kin of Moussa Youssouf SOULE, deceased;

Fahamoé AHAMADA, surviving mother of Dhoifir ABDOU, deceased;

Mouigni ABDOU, surviving father of Dhoifir ABDOU, deceased;

Massoud ABDOU, surviving brother of Dhoifir ABDOU, deceased;

Tachrifa ABDOU, surviving sister of Dhoifir ABDOU, deceased;

Marie ABDOU, surviving sister of Dhoifir ABDOU, deceased;

Hadidja ABDOU, surviving sister of Dhoifir ABDOU, deceased;

Ahamada RADHUA, surviving aunt of Dhoifir ABDOU, deceased;

Nouria AHAMADA M'BAE, surviving aunt of Dhoifir ABDOU, deceased;

Ahamada MARIAMA, surviving aunt of Dhoifir ABDOU, deceased;

Mariama ISHAKA, surviving sister of Dhoifir ABDOU, deceased, and Guardian for both Youssouf Aliane SAID and Youssouf Hamza SAID, minors, surviving nephews of Dhoifir ABDOU, deceased;

Loulou ISHAKA, surviving sister of Dhoifir ABDOU, deceased, and Guardian for both Abdou Anisse AHMED and Abdou Anzize AHMED, minors, surviving nephews of Dhoifir ABDOU, deceased, and for both Abdou Rikinazé AHMED and Abdou Anissa AHMED, minors, surviving nieces of Dhoifir ABDOU, deceased;

Nadjimat DJAE, surviving wife of El-Hadade ABDOU NOUROU, deceased, and Guardian ad Litem for both Nahida ABDOU NOUROU and Naïme ABDOU NOUROU, minors, surviving daughters of El-Hadade ABDOU NOUROU, deceased;

Saïd Ali SAID OMAR, surviving religious spouse of Badria SAID BACAR, deceased, and surviving father of both Wadion SAID BACAR, deceased, and Wael SAID BACAR, deceased;

Halima ATHOUMANI M'ZE, surviving grandmother of both Wadion SAID BACAR, deceased, and Wael SAID BACAR, deceased;

Hachimia MVOREHA surviving half-siter of Badria SAID BACAR, deceased, and surviving aunt of both Wadion SAID BACAR, deceased, and Wael SAID BACAR, deceased;

Anouari ALADINOURO, surviving husband of Hassanati YOUSSOUFA, deceased, and surviving father of the unborn child, deceased;

Moeva SAID, surviving father of Nadjati SAID MOEVA, deceased, and surviving grandfather of both Naoumi BACAR OUSSEN, deceased, and Nazra BACAR OUSSEN, deceased;

M'Madi ACHATA , surviving mother of Nadjati SAID MOEVA, deceased, and surviving grandmmother of both Naoumi BACAR OUSSEN, decease, and Nazra BACAR OUSSEN, deceased;

Fatima SAID, surviving sister of Nadjati SAID MOEVA, deceased, and surviving aunt of both Naoumi BACAR OUSSEN, deceased, and Nazra BACAR OUSSEN, deceased, and Guardian for Thaoubane SAID, a minor, surviving nephew of Nadjati SAID MOEVA, deceased, and for Chahazrade Jasmine SAID, Chaïma Nasra MOHAMED and Naïcha Hafida AHAMADA, minors, surviving nieces of Nadjati SAID MOEVA, deceased;

Issoufa SAID, surviving brother of Nadjati SAID MOEVA, deceased, and surviving uncle of both Naoumi BACAR OUSSEN, deceased, and Nazra BACAR OUSSEN, deceased, and Guardian for Soilhata SAID ISSOUFA, Tabchirou SAID ISSOUFA and Soifnata SAID ISSOUFA minors, surviving nieces of Nadjati SAID MOEVA, deceased;

Mahamoudou SAID, surviving brother of Nadjati SAID MOEVA, deceased, surviving of uncle of Naoumi BACAR OUSSEN, deceased, and Nazra BACAR OUSSEN, deceased;

Said KADAFI, surviving brother of Nadjati SAID MOEVA, deceased, and surviving uncle of Naoumi BACAR OUSSEN, deceased, and Nazra BACAR OUSSEN, deceased;

Trounda OUMOURI, surviving domestic-partner of Youssouf MBECHEZI, deceased, and Guardian for both Yassine MBECHEZI and Hakim MBECHEZI, minors, surviving sons of Youssouf MBECHEZI, deceased, and for both Baraka MBECHEZI, a minor, surviving daughter of Youssouf and Youssefdine MOINDJIE, a minor, surviving stepson of Youssouf MBECHEZI, deceased;

Kamaria OUMOURI, surviving daughter of Youssouf MBECHEZI, deceased;

Fatima IBRAHIM, surviving half-sister of Youssouf MBECHEZI, deceased;

Mariata MBECHEZI, surviving half-sister of Youssouf MBECHEZI, deceased;

Djahia MBECHEZI, surviving half-sister of Youssouf MBECHEZI, deceased;

Mohamed MBECHEZI, surviving half-brother of Youssouf MBECHEZI, deceased;

Chouma MBECHEZI, surviving father of Youssouf MBECHEZI, deceased, and Guardian for Naf-Ante MBECHEZI, a minor, surviving half-sister of Youssouf MBECHEZI, deceased;

Halima MSA, surviving mother of Youssouf MBECHEZI, deceased;

Fatoumia MBECHEZI, surviving sister of Youssouf MBECHEZI, deceased;

Ibrahim MBECHEZI, surviving brother of Youssouf MBECHEZI, deceased;

Mariama MBECHEZI, surviving sister of Youssouf MBECHEZI, deceased, and Guardian for Soidroudine SAID ALI, Zawade SAID ALI and Zakaria SAID ALI, minors, surviving nephews of Youssouf MBECHEZI, deceased;

Amina MBECHEZI, surviving sister of Youssouf MBECHEZI, deceased;

Saïd MBECHEZI, surviving brother of Youssouf MBECHEZI, deceased;

Hassani MBECHEZI, surviving brother of Youssouf MBECHEZI, deceased;

Haïri MBECHEZI, surviving brother of Youssouf MBECHEZI, deceased;

Hadidja ASSOUMANI, surviving domestic partner of Ali OUMOURI, deceased, and Guardian for Azhari ASSOUMANI, a minor, surviving stepson of Ali OUMOURI, deceased, for Naima ZOUBEIR, a minor, surviving step-daughter of Ali OUMOURI, deceased, and for Assia OUMOURI a minor, surviving daughter of Ali OUMOURI, deceased;

Abtoihia ASSOUMANI, surviving step-daughter of Ali OUMOURI, deceased;

Nakib ASSOUMANI, surviving stepson of Ali OUMOURI, deceased;

Andijou ASSOUMANI, surviving stepson of Ali OUMOURI, deceased;

Hamadi Fomo NIMA surviving former domestic partner of Ali OUMOURI, deceased; and Guardian for Chaïma OUMOURI, a minor, surviving daughter of Ali OUMOURI, deceased;

Fatima ABDOU, surviving sister of Ali OUMOURI, deceased, and Guardian for Fatouma ALI, a minor, surviving daughter of Ali OUMOURI, deceased;

Abdillah ALI, surviving nephew of Ali OUMOURI, deceased;

Abasse ALI, surviving nephew of Ali OUMOURI, deceased;

Eladine ALI, surviving nephew of Ali OUMOURI, deceased;

Hassani DJOUMOI, surviving brother of Ali OUMOURI, deceased;


Abdou SOILIHI, surviving spouse of Fatima SIMBA, deceased;


Nassuri SOALI, surviving son of Fatou SOALI, deceased;

Mariama ASSOUMANI, surviving mother of Fatou SOALI, deceased;

Fatoumyia SOALI, surviving sister of Fatou SOALI, deceased;

Zaharia ASSOUMANI, surviving sister of Fatou SOALI, deceased;

Said Allaoui SAID HAMADI, surviving nephew of Fatou SOALI, deceased;


Fatima SOILIHI, surviving mother of Saïd AHAMADA M'Zé, deceased;

Echata AHAMADA M'ZE, surviving sister of Saïd AHAMADA M'Zé, deceased;

Mouandhoime M'SAIDI, surviving nephew of Saïd AHAMADA M'Zé, deceased;

Hassoity M'SAIDI, surviving nephew of Saïd AHAMADA M'Zé, deceased;

Irchade M'SAIDI, surviving nephew of Saïd AHAMADA M'Zé, deceased;

Kalime M'SAIDI, surviving nephew of Saïd AHAMADA M'Zé, deceased;

Halima MAVOUNA, surviving sister of Saïd AHAMADA M'Zé, deceased;

Hamada FATIMA, surviving niece of Saïd AHAMADA M'Zé, deceased;

Mariama AHAMADA, surviving sister of Saïd AHAMADA M'Zé, deceased;

Ibrahim ALI, surviving nephew of Saïd AHAMADA M'Zé, deceased;

Ibrahim ANZALI, surviving nephew of Saïd AHAMADA M'Zé, deceased;

Mariama AHAMADA M'ZE, surviving sister of Saïd AHAMADA M'Zé, deceased, and Guardian for both Mariama HASSANI, a minor, surviving niece of Saïd AHAMADA M'Zé, deceased, and for Ismael HASSANI, a minor, surviving nephew of Saïd AHAMADA M'Zé, deceased;

Charfia HASSANI, surviving niece of Saïd AHAMADA M'Zé, deceased;

Chafiou KASSIME, surviving nephew of Saïd AHAMADA M'Zé, deceased;

Rasmiya HASSANI, surviving niece of Saïd AHAMADA M'Zé, deceased;

Nadhumata HASSANI, surviving niece of Saïd AHAMADA M'Zé, deceased;

Raoulati HASSANI, surviving niece of Saïd AHAMADA M'Zé, deceased;

Ibrahim AHAMADA, surviving brother of Saïd AHAMADA M'Zé, deceased;

Ahamada MOHAMED M'ZE, surviving brother of Saïd AHAMADA M'Zé, deceased, and Guardian for Badaouia MOHAMED AHAMADA M'ZE, for Soilah MOHAMED AHAMADA M'ZE and for Ibrahima MOHAMED AHAMADA M'ZE, minors, surviving nephews of Saïd AHAMADA M'Zé, deceased, and for Souraya MOHAMED AHAMADA M'ZE, a minor, surviving niece of Saïd AHAMADA M'Zé, deceased;

Sayifi MOHAMED AHAMADA M'ZE, surviving nephew of Saïd AHAMADA M'Zé, deceased;

Mohamed MOHAMED AHAMADA M'ZE, surviving nephew of Saïd AHAMADA M'Zé, deceased;

Echata MAVOUNA, surviving sister of Saïd AHAMADA M'Zé, deceased;

Hassani ZOUBDOU, surviving nephew of Saïd AHAMADA M'Zé, deceased;

Hassani HADHAMIA, surviving niece of Saïd AHAMADA M'Zé, deceased;

Mohamed ADAME, surviving nephew of Saïd AHAMADA M'Zé, deceased;

Tannlimi HASSANI ABDALLAH, surviving niece of Saïd AHAMADA M'Zé, deceased;

Hamidou ADAME M'MADI, surviving nephew of Saïd AHAMADA M'Zé, deceased;

Moutaaliim HASSANI ABDALLAH, surviving nephew of Saïd AHAMADA M'Zé, deceased;

Moina Baraka HASSANI, surviving niece of Saïd AHAMADA M'Zé, deceased;

Nassuhati HASSANI, surviving niece of Saïd AHAMADA M'Zé, deceased;

Anfia MAVOUNA, surviving sister of Saïd AHAMADA M'Zé, deceased, and Guardian for both Manchouki IBRAHIM YOUSSOUF, a minor, surviving nephew of Saïd AHAMADA M'Zé, deceased and for Rachmia IBRAHIM YOUSSOUF, a minor, surviving niece of Saïd AHAMADA M'Zé, deceased;

Mohamed ABOUHANIFA, surviving nephew of Saïd AHAMADA M'Zé, deceased;

Fatima AHAMADA M'ZE, surviving sister of Saïd AHAMADA M'Zé, deceased, and Guardian for both Younoussa MAOULIDA, a minor, surviving nephew of Saïd AHAMADA M'Zé, deceased, and for Mandathirou Hamida ABOURAHAMAN, a minor, surviving niece of Saïd AHAMADA M'Zé, deceased;

Tachrifa AHMED ABDEREMANE, surviving niece of Saïd AHAMADA M'Zé, deceased;

Faoulata MAOULIDA, surviving niece of Saïd AHAMADA M'Zé, deceased;

Saïd Ahmed ABDEREMANE, surviving nephew of Saïd AHAMADA M'Zé, deceased;

Youssouf MAOULIDA, surviving nephew of Saïd AHAMADA M'Zé, deceased;

Zaïnaba AHAMADA M'ZE, surviving sister of Saïd AHAMADA M'Zé, deceased, and Guardian for William SOULE, for Moussani SOULE, for Atourabi SOULE MOUSSA, for Mouthare SOULE and for Oilidi DAROUECHE MOHAMED, minors, surviving nephews of Saïd AHAMADA M'Zé, deceased;

Ibrahim SOULE MOUSSA, surviving nephew of Saïd AHAMADA M'Zé,

deceased;

Nizar SOULE, surviving nephew of Saïd AHAMADA M'Zé, deceased;

Ahamada Mzé IBROIHIM, surviving brother of Saïd AHAMADA M'Zé, deceased;

Mohamed ABOUKARIA, surviving niece of Saïd AHAMADA M'Zé, deceased;

Omar IBRAHIME, surviving brother of Assoumani IBRAHIME, deceased;

Al-Yamine IBRAHIME, surviving brother of Assoumani IBRAHIME, deceased;

Abbas IBRAHIME, surviving brother of Assoumani IBRAHIME, deceased;

Faidhi IBRAHIME, surviving brother of Assoumani IBRAHIME, deceased;

Aboubakar IBRAHIME, surviving brother of Assoumani IBRAHIME, deceased;

Zahonaki IBRAHIME, surviving sister of Assoumani IBRAHIME, deceased;

Mariama IBRAHIME, surviving brother of Assoumani IBRAHIME, deceased;

Mariama IBRAHIME Guardian ad Litem for Zahonaki IBRAHIME, a minor, and surviving mother-in-law of Assoumani IBRAHIME, deceased;

Kalathoumi AHAMADA, surviving mother of Aziza ABOUDOU, deceased;

Oumilheir ABDOU EL-AZIZ surviving sister of Aziza ABOUDOU, deceased, and Guardian for  both Abdoul-Wahid ALI, a minor, surviving nephew of Aziza ABOUDOU, deceased, and for Aboudou Ghaniat ALI, a minor, surviving niece of Aziza ABOUDOU, deceased;

Abdoul-Wahab ALI, surviving nephew of Aziza ABOUDOU, deceased,

Abdoul-Wassion ALI, surviving nephew of Aziza ABOUDOU, deceased,

Kassim BAKARI, surviving husband of Aziza ABOUDOU, deceased and Guardian for Badian ABOUDOU, a minor, surviving daughter of Aziza ABOUDOU, deceased, for Badrou ABOUDOU and for Badawy ABOUDOU, minors, surviving sons of  Aziza ABOUDOU, deceased;

Bahia BAKARI, Individually and as surviving daughter of Aziza ABOUDOU, deceased;

Roukia AMERDINE, surviving cousin assuming care of the children of Aziza ABOUDOU, deceased;

Ahamed Mze SAID HAMADA CHARIF, surviving half-sister of Salima AHAMADA, deceased, and surviving aunt of Papa ISSOUF, deceased;

Mohamed SAID HAMADI, surviving husband of Echat MOIRABOU, deceased, and surviving father of Affousoita SAID, deceased;

Faissoili SAID HAMADI, surviving son of Echat MOIRABOU, deceased, and surviving brother of Effousoita SAID, deceased;

Youssouf HADJI, surviving father of Mohamed HADJI, deceased;

Oumi HADJI, surviving sister of Mohamed HADJI, deceased;

Moussa HADJI, surviving brother of Mohamed HADJI, deceased;

Marie HADJI, surviving sister of Mohamed HADJI, deceased;
Mariama HADJI, surviving sister of Mohamed HADJI, deceased;

Mariama SOULE, surviving wife of Ali HAMIDOU, deceased;

Chibounou MOHAZA, surviving mother of Abdillahi M'SAIDI Abdillahi
M'SAIDIE (traveling with the name of Ali YOUSSOUF MMADI), deceased;
Charani M'SAIDIE, surviving brother of Abdillahi M'SAIDIE, deceased;
Tourqui M'SAIDIE, surviving brother of Abdillahi M'SAIDIE, deceased;

Kiladati MOHAMED, surviving daughter of Fatima MOHAMED, deceased, and
Guardian for both Fayza MOHAMED and Amale MILY, minors, surviving
granddaughter of Fatima MOHAMED, deceased, and for both Nizar MILY and
Ziyâd MILY, minors, surviving grandsons of Fatima MOHAMED, deceased;
Abdoulbar MOHAMED, surviving son of Fatima MOHAMED, deceased,
Saadati MOHAMED, surviving daughter of Fatima MOHAMED, deceased;
Said MOHAMED, surviving son of Fatima MOHAMED, deceased;
Hadidja MOHAMED, surviving daughter of Fatima MOHAMED, deceased;
Kamoulati MOHAMED surviving daughter of Fatima MOHAMED, deceased, and
Guardian for Zaïm Nayir ALI SOILIHI, a minor, surviving grandson of Fatima
MOHAMED, deceased;
Nairati MOHAMED, surviving daughter of Fatima MOHAMED, deceased;

Ibrahim MOHAMED, surviving father of Hachimia MOHAMED deceased, and
Guardian for both Hafidhou MOHAMED, a minor, surviving brother of Hachimia
MOHAMED deceased, and Sittinour MOHAMED, a minor, surviving sister to
Hachimia MOHAMED, deceased;
Aboud-el-anziz MOHAMED, surviving brother of Hachimia MOHAMED,
deceased;
Hamida MOHAMED IBRAHIM, surviving sister to Hachimia MOHAMED,
deceased;
Chayma MOHAMED, surviving sister to Hachimia MOHAMED, deceased;

Ahamada SAANDIA, surviving wife of Moussa MOHAMED, deceased, and
Guardian for both Noudjaidata MOHAMED and Nouzouhati MOHAMED, minors,
surviving daughters of Moussa MOHAMED, deceased;
Nadjata MOHAMED, surviving daughter of Moussa MOHAMED, deceased;
Fatima MFOIHAYA, surviving mother of Moussa MOHAMED, deceased;
Mariama M'SA, surviving sister of Moussa MOHAMED, deceased;
An Ichata SOIBIRA, surviving niece of Moussa MOHAMED, deceased;
Ali Mohamed SOIBIRA, surviving nephew of Moussa MOHAMED, deceased;
Monique M'BAE, surviving niece of Moussa MOHAMED, deceased;

Maïmounata M'BAE, surviving niece of Moussa MOHAMED, deceased;

Moumtazi M'BAE, surviving nephew of Moussa MOHAMED, deceased;

Hamidou DJAE CHANFI, surviving brother of Moussa MOHAMED, deceased, and
Guardian for both Waslat DJAE CHANFI and Wardat DJAE CHANFI, minors,
surviving nieces of Moussa MOHAMED, deceased, and for Wakil Farah DJAE
CHANFI, a minor, surviving nephew of Moussa MOHAMED, deceased,
Mahamoud CHABANI, surviving brother of Moussa MOHAMED, deceased;

Fatima MOUSSA ABDOULWAHAB, surviving sister of Moussa MOHAMED,
deceased;

Moussa Abdou MOHAMED FADHUILI, surviving brother of Moussa
MOHAMED, deceased; Moinafatima MOUSSA ABDOULWAHAB, surviving siter
of Moussa MOHAMED, deceased;

Mfoihaya M'BAE, surviving uncle of Moussa MOHAMED, deceased;

Moussa ALI BEM, surviving brother of Moussa MOHAMED, deceased;

Abdoulwahab MARIAMA, surviving aunt of Moussa MOHAMED, deceased;

Mfoihaya MARIAME, surviving aunt of Moussa MOHAMED, deceased;

Abdoulwahab FAZULI, surviving uncle of Moussa MOHAMED, deceased;

Abdouloihab FAZULI, surviving uncle of Moussa MOHAMED, deceased;


Mohame l'Arif CHANFI, surviving brother of Aini CHANFI, deceased, and
Guardian for Bertine MOHAMED, for Andzarasoa MOHAMED and forAdzarasoa
MOHAMED, minors, surviving nieces of Aini CHANFI, deceased;

Lusette MOHAMED, surviving niece of Aini CHANFI, deceased;

Razal MOHAMED, surviving nephew of Aini CHANFI, deceased;

Fina MOHAMED, surviving niece of Aini CHANFI, deceased;

Kaissoiri CHANFI, surviving sister of Aini CHANFI, deceased;

Mmadi ECHATA, surviving niece of Aini CHANFI, deceased;

Badoro CHANFI, surviving brother of  Aini CHANFI, deceased, and Guardian for
both Soilahoudine BADORO and Salami BADORO, minors, surviving nephew of
Aini CHANFI, deceased, and for Mounira BADORO, a minor, surviving niece of
Aini CHANFI, deceased;

Hadjira BADORO, surviving niece of Aini CHANFI, deceased;

Sarianta CHANFI, surviving sister of Aini CHANFI, deceased;

Saoudat ABDOURAOUF, surviving niece of Aini CHANFI, deceased;

Fayadhe ABDOURAOUF, surviving nephew of Aini CHANFI, deceased;

Rouchdi ABDOURAOUF, surviving nephew of Aini CHANFI, deceased;

Choueri ABDOURAOUF, surviving nephew of Aini CHANFI, deceased;

Widad ABDOU RAOUF, surviving nephew of Aini CHANFI, deceased;

Layade ABDOU RAOUF, surviving nephew of Aini CHANFI, deceased;

Mohamed Said MOHAMED ELAMINE, surviving nephew of Aini CHANFI,
deceased;

Mariama MOHAMED SAID, surviving niece of Aini CHANFI, deceased;

Kifayatillah MOHAMED, surviving nephew of Aini CHANFI, deceased;
Mohamed Said MOHAMED HAMIDI ELLAH, surviving nephew of Aini CHANFI, deceased; Mohamed ABDOULGAFOUR, surviving nephew of Aini CHANFI, deceased;
Abdoulgafour MATAIN, surviving niece of Aini CHANFI, deceased;
Abdoulgafour HADIDJA, surviving niece of Aini CHANFI, deceased;
Abdoulgafour Chanfi KAAMBI, surviving nephew of Aini CHANFI, deceased;
Abdoulgafour Chanfi NISSAY EL HAIRAT, surviving niece Aini CHANFI, deceased;
Ramla ABDOULGAFOUR, surviving niece of Aini CHANFI, deceased;
Hissani ABDOULGAFOUR CHANFI, surviving niece of Aini CHANFI, deceased;
Abdoulgafour OUMILHAIRI, surviving niece of Aini CHANFI, deceased;
Abdoulgafour CHAFIEN, surviving nephew of Aini CHANFI, deceased;
Abdoulgafour FATIMA BINTI, surviving niece of Aini CHANFI, deceased;
Abdoulgafour ABDOULHOUDA, surviving nephew of Aini CHANFI, deceased;
Abdoulgafour ATHOUMANE, surviving nephew of Aini CHANFI, deceased;
Abdou Salam ABDOU EL GAFOUR, surviving nephew of Aini CHANFI, deceased;
Aboudou ASSOUMANI CHANFI, surviving nephew of Aini CHANFI, deceased;
Assoumani FATOUMA, surviving niece of Aini CHANFI, deceased;
Halima ASSOUMANI, surviving niece of Aini CHANFI, deceased;
Assoumani MMADI, surviving nephew of Aini CHANFI, deceased;
Assoumani AHMED, surviving nephew of Aini CHANFI, deceased;
Tohoufa ABOUDOU, surviving niece of Aini CHANFI, deceased;
Baraka CHANFI, surviving sister of Aini CHANFI, deceased;
Bacar TOUMA, surviving niece of Aini CHANFI, deceased;
Zahara MMADI, surviving niece of Aini CHANFI, deceased;
Abdallah HADIDJA, surviving niece of Aini CHANFI, deceased;
Abdallah MOINAFATIMA, surviving niece of Aini CHANFI, deceased;
Abdallah MOINAECHA, surviving niece of Aini CHANFI, deceased;
Mariana ABDALLAH, surviving niece of Aini CHANFI, deceased;
Mhadji CHANFI, surviving brother of Aini CHANFI, deceased, and Guardian for Binti Chanfi MHADJI, for Binti Hadidja MHADJI and for Zaïnaba Binti MHADJI, minors, surviving nieces of Aini CHANFI, deceased, and for both Abdousoimadou MHADJI and Mohamed MOUGHNI, a minor, surviving nephews of Aini CHANFI, deceased;
Moinafatima CHANFI, surviving sister of Aini CHANFI, deceased;
Mohamed SAID, surviving nephew of Aini CHANFI, deceased;
Chanfi ABDOURAHIM, surviving brother of Aini CHANFI, deceased;
Mariana ABODO, surviving niece of Aini CHANFI, deceased;
Abdourahim AHMED, surviving nephew of Aini CHANFI, deceased;
Abdourahim Chanffi MASSOUDE, surviving nephew of Aini CHANFI, deceased;

Rallhya ABDOULRAHIM, surviving niece of Aini CHANFI, deceased;

Mohamed Toihir ABDOURAHIM CHANFI, surviving nephew of Aini CHANFI, deceased;

Abdourahim Chanfi WARDAT ABDOU, surviving niece of Aini CHANFI, deceased;

Moinamkaya CHANFI, surviving sister of Aini CHANFI, deceased;

Djoubeiri NADHUFA, surviving niece of Aini CHANFI, deceased;

Chanfi Mmadi OUDJOHOMA, surviving sister of Aini CHANFI, deceased;

Abi Soufiani MOHAMED ELHADJI, surviving nephew of Aini CHANFI, deceased;

Abi Soufiane HABIBA, surviving niece of Aini CHANFI, deceased;

Aby Soufiane TOYFA, surviving niece of Aini CHANFI, deceased;

Boinali CHANFI, surviving brother of Aini CHANFI, deceased;

Mohamed ALI, surviving uncle of Aini CHANFI, deceased;

Mariama ALI, surviving a nexte of kin of Aini CHANFI, deceased;

Maooulida CHANFI, surviving sister of Aini CHANFI, deceased;

Fawad SAFILMOULOUK ALI, surviving nephew of Aini CHANFI, deceased;

M'Madina CHANFI, surviving a next of kin of Aini CHANFI, deceased;

Zoulfati IBOUROI, surviving daughter of Aini CHANFI, deceased, and Guardian for Fara ISSA and Dounia ISSA, minors, surviving granddaughters of Aini CHANFI, deceased;

Fiona IBOUROI, surviving granddaughter of Aini CHANFI, deceased;

Mbae Razakou IBOUROI surviving son of Aini CHANFI, deceased, and Guardian for Himaya IBOUROI, a minor, surviving granddaughter of Aini CHANFI, deceased, and for Imane IBOUROI, a minor, surviving grandson of Aini CHANFI, deceased;

Elmiftah IBOUROI, a minor, surviving son of Aini CHANFI, deceased, and Guardian for Rayhane IBOUROI, a minor, surviving granddaughter of Aini CHANFI, deceased, and for both Sayam IBOUROI and Ilian Aslam IBOUROI, minors, surviving grandsons of Aini CHANFI, deceased;

Fadhulouna ADAMOU, surviving daughter-in-law of Aini CHANFI, deceased;

Moénaté OMAR, surviving daughter of Aini CHANFI, deceased, and Guardian for Badia BADAOUI, a minor, surviving granddaughter of Aini CHANFI, deceased;

Chanfi HAIDARI, surviving brother of Aini CHANFI, deceased;

Chaïma ANISSATA, surviving niece of Aini CHANFI, deceased;

Assma CHANFI, surviving niece of Aini CHANFI, deceased;

Soulayman HAIDARI, surviving nephew of Aini CHANFI, deceased;

Chanfi IBRAHIMA surviving brother of Aini CHANFI, deceased;

Mohamed Soiffeine ABDALLAH, surviving husband of Jeannine MLANAO, deceased;

Sitti Mouzdalifate ABDALLA, surviving daughter of  Jeannine MLANAO,

deceased, and Guardian for both Ines TOIHIRI, a minor, surviving granddaughter of
Jeannine MLANAO, deceased and Ben-Kayal TOIHIRI SAID, a minor, surviving
grandson of Jeannine MLANAO, deceased;

Anil ABDALLAH, surviving son of Jeannine MLANAO, deceased;, and Guardian
for Sophia ABDALLAH GIRAUD, a minor, surviving granddaughter of Jeannine
MLANAO, deceased;

Sultan ABDALLAH, surviving son of Jeannine MLANAO, deceased;

Sitti Hadidja MSHANGAMA, surviving daughter of Jeannine MLANAO, deceased;

Ahmed Elhad ABDALLAH, surviving son of  Jeannine MLANAO, deceased, and
Guardian for Fatima ABDALLAH, a minor, surviving granddaughter of  Jeannine
MLANAO, deceased;

Sitti Bahiya ABDALLAH, surviving daughter of Jeannine MLANAO, deceased;

Mohamed ABDALLAH, surviving son of Jeannine MLANAO, deceased, and
Guardian for Ameld ABDALLAH, a minor, surviving granddaughter of Jeannine
MLANAO, deceased;


Omar IBRAHIME, surviving daughter of Assoumani IBRAHIME, deceased;

Al-Yamine IBRAHIME, surviving brother of Assoumani IBRAHIME, deceased;

Abbass IBRAHIME, surviving brother of Assoumani IBRAHIME, deceased;

Faidhi IBRAHIME, surviving brother of Assoumani IBRAHIME, deceased;

Aboubakar IBRAHIME, surviving brother of Assoumani IBRAHIME, deceased;

Zahonaki IBRAHIME, surviving sister of Assoumani IBRAHIME, deceased;

Mariama IBRAHIME, surviving stepmother of Assoumani IBRAHIME, deceased;


Soifiat CHOUAIB, surviving daughter of Zalbia ABDALLAH, deceased;


Anissat ABOUBAKAR, survivng cousin of Hairia BOINA, deceased;

Fahimya MLANAO, surviving cousin of Hairia BOINA, deceased;

Macha MERIL, survivng cousin of Hairia BOINA, deceased;

Fahimya ABOUBAKAR, surviving cousin of Hairia BOINA, deceased;

Moinahadidja YOUSSOUFA, surviving cousin of Hairia BOINA, deceased;


Said BACAR, surviving husband of Halima BACAR, deceased;

Baraka BACAR SAID, surviving daughter of Halima BACAR, deceased;

Charifa BACAR SAID, surviving daughter of Halima BACAR, deceased;

Khatidja BACAR SAID, surviving daughter of Halima BACAR, deceased;

Aboubacar BACAR SAID, a minor, surviving son of Halima BACAR, deceased;


Echata MOHAMED, surviving wife of Ahmed ABDOU, deceased, and Guardian
for both Assia AHMED ABDOU and Nissoite AHMED ABDOU, minors, surviving
daughters of Ahmed ABDOU, deceased.